THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

*PRIVATE* UNITED STATES TREASURY TRUST ACCOUNT
**BILL OF EXCHANGE**

Policy: HJR 192 June 5, 1933
Tracking Number: CKB-001
Date: 01-23-2018

Pay to the Order of: THE U.S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI for **$500,000.00**
Further credit to UNITED STATES TREASURY

FOR: five hundred thousand dollars USD                                    00        DOLLARS

*Without Recourse, U.C.C. 3-402(b)(1)*
Charge Account No. 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                          By: *Hadiya Imani El Bey*
Exempt Priority Pre-Paid Account # E98397041                          Hadiya Imani El Bey, Beneficiary,
STRAWMAN, LEGAL ENTITY                          Authorized Representative, "As Good As Aval", Donor and Signatory for:
ADDRESS                          CHARLINE KIRKLAND-BRANDON, LEGAL ENTITY

**Original Issue**

*Recommend:* IRS Technical Support Division
C/O The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Memo: Settlement & Discharge of:
PLEASE SEE ATTACHMENTS: 1040V, 1099A,
Cover Letter and Bill/Charge# 425045616

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

**RECEIVED**

FEB 1 3 2018



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

January 23, 2018

Secured Party/ Creditor

**Hadiya Imani El Bey**
**UCC Filed #20172410781A**
**Date Filed: 09/28/2017 2:38:54 PM**
**Temporary Mailing Location: ([504] Ronaldman Road**
**Cleveland, Mississippi state Republic [38732] TDC)**
**Non-Resident / Non-Domestic / Non-Assumpsit**

Book 2018 Page 12
Misc
02/02/2018 11:03:34 AM
Washington County, MS
Marilyn Hansell, Chancery Clerk

**2018006797**

PRESENTED 02-02-2018 03 25 48 PM    RECORDED 02-02-2018 03 31 11 PM

In Official Records of Larry Crane Circuit/County Clerk
PULASKI CO, AR FEE $215.00

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

RE:    INDICTMENT CRIMINAL CASE NO. 4:17CR131
       SCHEDULED COURT PROCEEDING,

Please enter this into the file.

## Notice of Special Visitation

Notice is hereby given that I, Hadiya Imani El Bey, a living, breathing woman, invoke Special Visitation rights as titled Super Plaintiff/Respondent and that I have a superior claim in the matter at hand. Now and forever I am a sovereign, and I reserve all of my unalienable rights.

Please be advised that I, Hadiya Imani El Bey, the creditor, am the Authorized Representative and the Executor for the STRAWMAN, CHARLINE KIRKLAND-BRANDON, the debtor, I will be there as a *tertius interveniens* in the above referenced matter. I will be there only as a third-party intervenor in what I see as a dispute of Title, to conduct my public business as the Holder-In-Due-Course of the STRAWMAN charged.

I am the Creditor and Secured Party with regard to the person charged, and the documents enclosed and in the file, verify that I have already discharged the obligation in this matter, and that the Plaintiff has no superior claim.

Based on these facts and the supporting documents in evidence, I will request and do request that the account be adjusted, the case be closed, and the order of the Court be released to me immediately.

*Hadyja Imani El Bey*
Hadiya Imani El Bey
enclosures

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

Book 2018 Page 77
Misc
02/02/2018 11:03:34 AM

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
CHARLINE KIRKLAND-BRANDON™©®, CESTUI QUE TRUST

C/O 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON, D.C. 20220

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**11.** ☒ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
911 JACKSON AVE. EAST, | OXFORD | MS | 38655 | U. S.

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

All Assets, All Accounts, Contract Rights, Documents, Chattel Paper, General Intangibles, Inventory, Letters of Credit, Lines of Credit, Equipment and Fixtures, whether presently owned or acquired in the future; All Accessions, Additions, Replacements, and Substitutes; All Records of ANY kind relating to ANY of the foregoing; All Proceeds (including, Insurance, Bonds, Stocks, General Intangibles and Accounts Proceeds), together with All the other real and personal property, including; but NOT limited to: ANY property, NOT specifically listed, named or listed by make, model, serial number, titled and non-titled interests in assets, possessions, property, resources and licenses, etc... UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, INDICTMENT CRIMINAL CASE NO. 4:17CR131; In the Pulaski County District Court, Arkansas District Court Case Number: PCS-17-7628; Warrant No.: PC-17-3702 - Date Printed: October 16, 2017; Optional Form 90: Release of Lien on Real Property, Optional Form 91: release of Personal Property from Escrow, SF 28: Affidavit of Individual Surety (attached). Secretary of Treasury, UCC Contract Trust Account - Registered Mail Number 346086831

This FINANCING STATEMENT is to be filed [for record] (or recorded) in the **14. This FINANCING STATEMENT:**

**13.** ☐ REAL ESTATE RECORDS (if applicable)

☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

PARCEL #: 700020512661
In the Pulaski County District Court, Arkansas District Judge of Pulaski County Case Number: PCS-17-7628; Warrant No.: PC-17-3702 - Date Printed: October 16, 2017

PARCEL #: 700020512661
LOCATION: 504 RONALDMAN RD
CLEVELAND, MS 38732

OPTIONAL 90: RELEASE OF LIEN ON REAL PROPERTY
OPTIONAL 91: RELEASE OF PERSONAL PROPERTY FROM ESCROW
SF 28: AFFIDAVIT OF INDIVIDUAL SURETY
Registered Mail Number 346086831
UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF MISSISSIPPI, INDICTMENT CRIMINAL
CASE NO. 4:17CR131

**17. MISCELLANEOUS:** Hadiya Imani El Bey 1/31/18

# NOTIFICATION
# PLEASE BE ADVISED OF THE FOLLOWING

I, Hadiya Imani El Bey am not a corporation
I, Hadiya Imani El Bey am a flesh and blood, registered sovereign
I, Hadiya Imani El Bey am competent to handle my own affairs
I, Hadiya Imani El Bey, hereby reserve all of my rights.

I, Hadiya Imani El Bey own all rights to the usage of CHARLINE KIRKLAND-
BRANDON™©®, and HADIYA IMANI EL-BEY any and all variations and
derivatives.

I, Hadiya Imani El Bey specifically forbid the use of the same without my written
permission. You are hereby served that I do not consent to any use whatsoever
of my Property, as shown in detail on the reverse side of this document.

Any surrender of any information, documentation, or licensing is done so ONLY
under Threat, Duress, and Coercion and as a result of threats of physical harm,
either real or implied, due to aggression by an armed third-party debt collector.

Therefore, any and all actions on my part under Threat, Duress and Coercion,
does not give my expressed permission or license to practice law on my behalf,
or to give venue or jurisdiction to any person, artificial entity, fiction, and/or
corporation as a result of the same.

If you so elect to use my Property, by so doing you are entering into a legal and
binding contract and you fully agree to the terms thereof, including the fees for
such usage.

Thank you,

Hadiya Imani El Bey
Natural WombMan
Sovereign / Registered
All Rights Reserved
UCC 1-103, *UCC 1-207, UCC 1- 308

Book 2018 Page 13
Misc
02/02/2018 11:03:34 AM

# *AFFIDAVIT*

*Prepared by: Hadiya Imani El Bey*
*Washitaw Terra*
*Temporary Mailing Location: ([504] Ronaldman Road*
*Cleveland, Mississippi state Republic [38732]TDC)*
*Non-Resident / Non-Domestic / Non-Assumpsit*

Book 2018 Page 76
Misc
02/02/2018 11:03:34 AM

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Hadiya Imani El Bey, Executor

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Hadiya Imani El Bey of Washitaw Terra
Temporary Mailing Location: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
Non-Resident / Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
|---|
| CHARLINE KIRKLAND-BRANDON™©®, CESTUI QUE TRUST |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/O 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | D.C. | 20220 | U.S. |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
|---|
| |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Hadiya Imani El Bey, trustmaker of HADIYA IMANI EL BEY LIVING TRUST, dated December 8, 2017 |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 504 RONALDMAN RD. | CLEVELAND | MS | 38732 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

This is the entry of collateral on the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, INDICTMENT CRIMINAL CASE NO. 4:17CR131, via, Hadiya Imani El Bey, i.e., HADIYA IMANI EL BEY LIVING TRUST, Secured Party-Creditor. The Commercial Chamber under necessity and the following property is hereby registered, claimed and liened in the same: CHARLINE K. BRANDON™©® 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; AUTO-TRIS #425045616, CUSIP #425045616, PRE-PAID LEVY BOND NUMBER (I.M.F. # E98397041) and UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI INDICTMENT CRIMINAL CASE NO. 4:17CR131; Filed Nov. 03, 2017 and In the Pulaski County District Court, Arkansas District Judge of Pulaski County Case Number: PCS-17-7628; Warrant No.: PC-17-3702 - Date Printed: October 16, 2017 and all related documents, instruments, and endorsements, front and back, except the paper card-but not the ink and printing on either of said paper card-issued by social security Administration and bearing; now claimed and liened, Any and every alleged birth document/record re: CHARLINE KIRKLAND®©™ BIRTH CERTIFICATE NUMBER: 123-56-00374; BC Bond # 10162642; is herein claimed and liened at the sum certain $100,000,000,000,000,000.00 USD, backed by 22 Coined Silver Bond Certificate. Also registered: Security Agreement, Hold Harmless & Indemnity Clause (Agreement), Power of Attorney. Said registration is to secure the rights, title(s), interest and value therefrom in pursuant to Public Policy House Joint Resolution 192, Public Law 73-10 and Uniform Commercial-code: 10-104; Optional Form 90: Release of Lien on Real Property, Optional Form 91: release of Personal Property from Escrow, SF 28: Affidavit of Individual Surety (attached). Secretary of Treasury, UCC Contract Trust Account - Registered Mail Number RE 346 086 831 US, presents this UCC Financing Statement for full settlement and closure of ALL matters on the account; discharged in the amount of $500,000.00

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility ☐ Agricultural Lien ☒ Non UCC-Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☒ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: Hadiya Imani El Bey 1/31/18

UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## AFFIDAVIT: COPY RIGHT / TRADE-NAME / TRADE MARK CONTRACT

[RECORDING REQUESTED BY AND WHEN RECORDED...

Mail to: Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
Washitaw Terra
In Care of: near [504] Ronaldman Road
Cleveland, Mississippi state Republic [38732]

Book 2018 Page 15
Misc
02/02/2018 11:03:34 AM

### NOTICE BY DECLARATION and AFFIDAVIT OF CONSEQUENCES FOR INFRINGEMENT OF COPYRIGHT TRADE-NAME/TRADEMARK

**And same are accepted for value and exempt from levy.**

**DEBTOR:**
CHARLINE KIRKLAND-BRANDON ™©®
C/O 1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

**Secured Party-Creditor Mailing Address:**
Hadiya El-Bey
In Care of: [504] Ronaldman Road
Cleveland, Mississippi State Republic near [38732]

### *PLAIN STATEMENT OF FACT*

I depose and say as follows:

I, Hadiya Imani El Bey, a living soul, a natural wombman and competent witness(es), do state with the first-hand knowledge the facts herein and in the nature of unalienable rights, claim, without prejudice, a commercial unlimited possessory security interest and common law right of, in and to my Copyright(s), Trademark(s) and Trade-Name(s) listed below. See UCC 1-308 in lieu of *UCC 1-207; United States Codes 15 USC §1125, and 18 USC §3571[1].

I am the Secured Party of the herein said Copyright(s), Trademark(s) or Trade-Name(s), as supported by a voluntary Copyright Notice in my possession, dated 12/23/2018 A.D.

All rights reserved re common-law copyright of trade-name/trademark Hadiya Imani El Bey — including any and all derivatives and variations in the spelling, i.e., CHARLINE KIRKLAND-BRANDON ™©® and HADIYA IMANI EL BEY — Common Law Copyright© 2018 by Hadiya Imani El Bey. Said common-law trade-name/trademark, Hadiya Imani El Bey, may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgement of Hadiya Imani El Bey as signified by the blue-ink autograph of Hadiya Imani El Bey, hereinafter "Secured Party".

**With the intent of being contractually bound**, any juristic person, as well as the agent thereof, consents and agrees by this Notice that neither said juristic person nor agent thereof shall display, nor otherwise use in any manner, the common-law trade-name/trademark CHARLINE KIRKLAND-BRANDON ™©®, and HADIYA IMANI EL BEY, nor the common-law copyright described herein, nor any derivative of, or any variation in the spelling thereof without the prior, express, written consent and

---

[1] Use of copyrighted codes and statutes within this document is only to notice the reader and all who would infringe upon this copyright to that which is applicable to them and is not intended, nor shall it be construed, to mean that the Secured Party confers, submits to, or has entered into any jurisdiction alluded to thereby.

acknowledgment of additional Secured Party, as signified by Secured Party's autograph in blue-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of CHARLINE KIRKLAND-BRANDON ™©®, and HADIYA IMANI EL BEY, all such unauthorized use is strictly prohibited.

**Self-executing Contract/Security Agreement in Event of Unauthorized Use**: By this Notice, both the juristic person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of CHARLINE KIRKLAND-BRANDON ™©®, other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of Secured Party's common-law copyrighted Property, contractually binds User and renders this Notice a Security Agreement wherein User is Debtor and

Hadiya Imani El Bey is Secured Party, and signifies that User:

**(1)** grants Secured Party a security interest in all of User's assets, land and personal Property, and all of User's interest in assets, land and personal Property, in the sum certain amount of **$1,000,000.00** per each occurrence of use of the common-law copyrighted trade-name/trademark CHARLINE KIRKLAND-BRANDON ™©®, as well as for each and every occurrence of use of any and all derivatives of and variations in the spelling of CHARLINE KIRKLAND-BRANDON ™©®, plus costs, plus triple damages;

**(2)** authenticates this Security Agreement wherein User is Debtor and Hadiya Imani El Bey is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, equipment, money, investment Property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts, documents, general intangibles, and all User's interest in all such foregoing Property, now owned and hereafter acquired, now existing and hereafter arising, wherever located, as collateral for securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's common-law copyrighted Property;

**(3)** consents and agrees with Secured Party's filing of a UCC Financing Statement in the UCC filing office, as well as in any county recorder's office, wherein User CHARLINE KIRKLAND-BRANDON ™©® is a Debtor and Hadiya Imani El Bey is Secured Party;

**(4)** consents and agrees that said UCC Financing Statement described in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's Property and interest in Property pledged as collateral in this Security Agreement and described in paragraph "(2)" until User's contractual obligation theretofore incurred has been fully satisfied;

**(5)** consents and agrees with Secured Party's filing of any UCC Financing Statement, as described in paragraphs "(3)" and "(4)", as well as the filing of any Security Agreement, as described in paragraph "(2)", in the UCC filing office, as well as in any county recorder's office;

**(6)** consents and agrees that any and all such filings described in paragraphs **"(4)"** and "(5)" are not, and may not be considered, bogus and that User will not claim that any such filing is bogus;

**(7)** waives all defenses; and

**(8)** appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth in "Payment Terms" and "Default Terms", granting Secured Party full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**User further consents and agrees with all of the following additional terms of Self-executing Contract/Security Agreement in Event of Unauthorized Use**:

**Payment Terms:** In accordance with fees for unauthorized use of CHARLINE KIRKLAND-BRANDON ™©®, as set forth herein, User hereby consents and agrees that User shall pay Secured Party all unauthorized use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice", itemizing said fees.

**Default Terms:** In event of non-payment in full of all unauthorized use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's Property and Property pledged as collateral by User as set forth in paragraph "(2)" immediately becomes, i.e. is, Property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise

dispose of in any manner whatsoever at Secured Party's sole discretion including, but not limited to, sale at auction, at any time following User's default and without further notice any and all of User's Property and interest, described in paragraph "(2)" formerly pledged as collateral by User, now Property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use", that Secured Party, in Secured Party's sole discretion, deems appropriate.

**Terms for Curing Default:** Upon event of default, irrespective of any and all of User's former Property and interest in Property, described in paragraph "(2)", in the possession of, as well as disposed of by, Secured Party, as authorized by "Default Terms", User may cure User's default only re the remainder of User's said former Property and interest, formerly pledged as collateral that is neither in the possession of nor otherwise disposed of by Secured Party within twenty (20) days of date of User's default only by payment in full.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said twenty (20) day period for curing default as set forth in "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former Property and interest in Property, formerly pledged as collateral by User, now Property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day default-curing period.

Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with the UCC filing office. Record Owner Hadiya Imani El Bey, Autograph Common Law Copyright © 2018. Unauthorized use of "Hadiya Imani El Bey" incurs same unauthorized-use fees as those associated with CHARLINE KIRKLAND-BRANDON ™©® AND HADIYA IMANI EL BEY as set forth in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use".

**DEBTOR:**                                    **Secured Party-Creditor:**
                                               HADIYA IMANI EL BEY

DEBTOR'S AUTOGRAPH                 (Blue-Ink) Creditor's Autograph, All Right Reserved

Book 2018 Page 18
Misc
02/02/2018 11:03:34 AM

State of Mississippi          )
                             ) ss.       ACKNOWLEDGEMENT
Bolivar County               )

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary on this document is verification and identification only and not for entrance into any foreign jurisdiction.

Having witnessed the signing and sealing of the foregoing Verified **NOTICE BY DECLARATION and AFFIDAVIT OF CONSEQUENCES FOR INFRINGEMENT OF COPYRIGHT TRADE-NAME/TRADEMARK,** by Hadiya Imani El Bey, I place my hand and seal hereon as an authentic act as a Notary Public of the State of MISSISSIPPI.

FURTHER AFFIANT SAITH NOT.

Subscribed and affirmed, without prejudice, and with all rights reserved, before me this __3 1__ day of __Jan_____, 2018, the undersigned, a Notary Public in and for Mississippi state personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Autograph of Notary ___Ron Johnson___

Autograph (Printed Name): ___Ron Johnson___

Notary Address ___211 N. Pearman Ave___
___Cleveland, Ms 38732___

My Commission Expires: ___10/3/2021___

Book 2018 Page 19
Misc
02/02/2018 11:03:34 AM

# ATTACHMENT TO UNIFORM COMMERCIAL CODE
## FINANCING STATEMENT – UCC – 1
## THIS FINANCING STATEMENT IS PRESENTED FOR FILING (Recording)
## Pursuant to the Uniform Commercial Code 10-104 and HJR-192

## NON-NEGOTIABLE

**DEBTOR:**
CHARLINE KIRKLAND-BRANDON ™©®
C/O 1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

**Secured Party-Creditor Mailing Address:**
Hadiya El-Bey
In Care of: [504] Ronaldman Road
Cleveland, Mississippi State Republic near [38732]

Financing Statement covers the following types (or items), Property:

All Property is hereby the Property of the Secured Party, Hadiya Imani El Bey and before any of the following can be exchanged, sold, tendered, or in any manner disposed of, the Secured Party must be compensated for the Property. For the DEBTOR as a Transmitting utility, is entering within the Commercial Registry, and for the Property of the following now owned and hereafter acquired herewith is registering within the Commercial Registry: of the STATE OF MISSISSIPPI bankruptcies, law suit, seizers, levies/liens, rent(s), wages, all income, land and minerals, water and air rights, bank account(s), bank deposit box(s), and the contents therein, savings account(s), retirement plans, stocks, bonds, securities, benefits from the trust(s), inheritances, gotten inventory in any source, all machinery, jewelry, clothing and accessories, household goods, appliances, any and all types of furniture, office equipment, printer(s), copier(s), computer(s), scanner(s), file cabinet(s), typewriter(s), calculator(s), musical instruments, antiques, sports equipment, baggage, of the STATE OF MISSISSIPPI CERTIFICATE OF BIRTH NUMBER gwn-1727716-1-1, the SOCIAL SECURITY NUMBER 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 of the DEBTOR's name: CHARLINE KIRKLAND-BRANDON ™©® AND HADIYA IMANI EL BEY and all variations, any and all types of Property held by the Secured Party is/are satisfied to full acknowledgement of same is completed. ANY and ALL Property that is not listed, named by make, model, serial number is included as same.

[X] DEBTOR, as a Transmitting utility foe all Property is of the accepting for value and is of the exempting of all levies/liens. For the adjusting of this file is based upon Public Policy House Joint Resolution 192, and Uniform Commercial-code: 10-104. All proceeds, products, accounts, fixtures and orders thereby (therefrom) are of the DEBTOR,

DATE                                    DATE

*1/31/18*                               *1/31/18*

*Charline Kirkland Brandon*             *Hadiya-Imani El Bey*

Autograph of DEBTOR                     Autograph of Secured Party
Social Security Number:                 *In Propria Persona Sui Juris* **ARR**
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

Book 2018 Page 20
Misc
02/02/2018 11:03:34 AM

# SECURITY PRIVATE AGREEMENT
## NON-NEGOTIABLE
Pursuant to the uniform commercial code: 10-104 and HJR-192
THIS FINANCIAL STATEMENT IS PRESENTED FOR FILING (Recording)

**DEBTOR:**
CHARLINE KIRKLAND-BRANDON ™©®
C/O 1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

**Secured Party-Creditor Mailing Address:**
Hadiya El-Bey
In Care of: [504] Ronaldman Road
Cleveland, Mississippi State Republic near [38732]

Now, therefore, the Parties agree as follows:

## AGREEMENT

In consideration for Secured Party providing certain accommodation to DEBTOR including but not limited to, Secured Party

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim", from which the Existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to Secured Party, and to interact, contract and exchange goods, services, obligations and liabilities with Other DEBTORS, corporations, and artificial persons in Commerce and the laws pertaining thereto or derived therefrom,
2. Signing by accommodation for DEBTOR in all cases whatsoever wherein any autograph of DEBTOR is Required;
3. Issuing a binding commitment to extend credit or for the extension of immediately available Credit whether or not for the extension of immediately available credit whether or not drawn upon and whether or not a charge back is provided for in the event of difficulties in collection;
4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR.
5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of Secured Party, that provides the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever. DEBTOR hereby confirms voluntary entry of DEBTOR into the commercial registry and transfers and assigns to Secured Party a security interest in the Collateral described herein-below.

Book 2018 Page 21
Misc
02/02/2018 11:03:34 AM

# HOLD HARMLESS AND INDEMNITY CLAUSE

**DEBTOR:**
CHARLINE KIRKLAND-BRANDON ™©®
C/O 1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

**Secured Party-Creditor Mailing Address:**
Hadiya El-Bey
In Care of: [504] Ronaldman Road
Cleveland, Mississippi State Republic near [38732]

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant and under take to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses hereinafter referred to as "Claims" or "Claim" which Claims include without restriction, all legal costs, interests, penalties, and fines suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

Secure Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including copy(s) of any document, correspondence, suit, or actions received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussions, negotiations, or other proceeding relating to any Claim.

## OBLIGATION SECURED

The Security interest granted herein secures any and all indebtedness and liability whatsoever of DEBTOR to Secured Party, rather direct or indirect, absolute or contingent due or to become due, now existing now existing now existing.

## COLLATERAL

The collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all herein below described personal and real Property of DEBTOR.

Before any of the below itemized Property can be disbursed, exchanged sold tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from

DEBTOR's possession, Dishonor Settlement Agreement Bill of exchanges held by Secured Party must be satisfied in fully and acknowledgement of same completed.

ATTACHMENT "A" – PROPERTY LIST

All of the Property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.

1.     All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine heads, wellheads, and transmitting utilities, etc.;
2.     All rents, wages, earnings, remuneration, and income from every source;
3.     All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4.     All real Property and all documents involving all real Property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5.     All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;

Misc
02/02/2018 11:03:34 AM

6.      All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

7.      All inventory from any source;

8.      All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;

9.      All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

10.     All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

11.     All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;

12.     All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;

13.     All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;

14.     All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;

15.     All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

16.     All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;

17.     All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

18.     All books and financial records of DEBTOR;

19.     All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual Property, royalties, good will;

20.     All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;

21.     All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;

22.     All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

23.     All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and

information pertaining thereto;

24.    All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25.    All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26.    All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27.    All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28.    All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29.    All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30.    All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, Property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31.    All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

32.    All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

33.    All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

34.    All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

35.    All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

36.    All rights to protect myself and my family from any animals that threaten my/our safety or well-being, or that cause a nuisance to me/us, by using deadly force against any such animals;

37.    All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

38.    All rights, interest, and exclusive title in CERTIFICATE OF BIRTH FILE # gwn-1727716-1-1, January 15, 1956 issued by STATE OF MISSISSIPPI DEPARTMENT OF HEALTH AND OFFICE OF VITAL STATISTICS SECTION, instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name CHARLINE KIRKLAND-BRANDON, or any other derivative thereof;

39.    All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

40.    All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish,

Book 2018 Page 24
Misc
02/02/2018 11:03:34 AM

or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or Property by either "public" or "private" sources;

41. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or Property;

42. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and Property, and target shooting of any kind;

43. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

44. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

45. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government buildings as necessary;

46. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

47. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

48. All rights to privacy and security in person and Property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

49. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

50. All intellectual Property, inter alia: all speaking and writing;

51. All thoughts, beliefs, world views, emotions, psychology, etc.;

52. All autographs and seals;

53. All autographs on all applications for and all value associated with all licenses foreign and domestic;

54. All present and future retirement incomes, commissions, compensation, and the fruits of my labor, and rights to such incomes, commissions, compensation, and the fruits of my labor issuing from all accounts and trusts;

55. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

56. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

57. All autographs on all applications for and all value associated with all library

Book 2018 Page 25
Misc
02/02/2018 11:03:34 AM

cards;

58.    All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;

59.    All credit of DEBTOR and/or Secured Party-Creditor;

60.    All autographs on and all value associated with all traffic citations/tickets;

61.    All autographs on and all value associated with all parking citations/tickets;

62.    All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

63.    All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;

64.    All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 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; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

65.    All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;

66.    All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;

67.    All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;

68.    All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;

69.    All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;

70.    All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

71.    All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;

72.    All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;

73.    All fuel, fuel tanks, containers, and involved or related delivery systems;

74.    All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

75.    All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

76.    All storage units, safes, rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;

77.    All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

78.     All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

79.     All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

80.     All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

81.     All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

82.     All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

83.     All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

84.     All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

85.     All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

86.     All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

87.     All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

88.     All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

89.     All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

90.     The Last Will and Testament from any source;

91.     All inheritances gotten or to be gotten;

92.     All wedding bands and rings, watches, and jewelry;

93.     All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, collectibles, collections, antiques, etc.;

94.     All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

95.     All children's toys, books, clothing, playthings, and possessions of any type or amount;

96.     All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income, commissions, compensation, and the fruits of my labor therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97.     All ownership, equity, Property, and rights to Property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

98.     All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Natural Person's STRAWMAN / DEBTOR and/or Secured Party-Creditor, whether received or not received;

99.     All telephone numbers;

100.    All autographs on all applications for and all value associated with all certificates of birth documents of the Natural Person's STRAWMAN and/or Secured Party, and all said documents themselves;

101.    All autographs on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the Natural Person's

STRAWMAN and/or Secured Party, and all said documents themselves;

102.    All autographs on all applications for social security numbers, and all value associated with all accounts, SS No. 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;

103.    All autographs on all applications for social security numbers for all children and grandchildren of the Natural Person's STRAWMAN and/or Secured Party-Creditor, and all value associated with all the accounts of those children/grandchildren;

104.    All value associated with the private contract trust account number associated with the Natural Person's STRAWMAN and/or Secured Party-Creditor:

_____;

105.    All value associated with the private contract trust account numbers of all children and grandchildren of the Natural Person's STRAWMAN and/or Secured Party-Creditor;

106.    All autographs on all applications for and all value associated with Driver License #: _802 1936 43_____ - THE STATE OF MISSISSIPPI;

107.    All autographs on all applications for and all value associated with County Sheriff's Office Concealed Weapon Permit #: _____

108.    All autographs on all applications for and all value associated with all passports associated with the Natural Person's STRAWMAN and/or Secured Party-Creditor and his/her children and grandchildren;

109.    All documents as recorded in the public record by association for the Natural Person's STRAWMAN and/or Secured Party-Creditor as indicated herein;

110.    All autographs on all applications for and all value associated with all marriage licenses;

111.    All private marriage contracts;

112.    All autographs on all applications for and all value associated with all professional licenses;

113.    All autographs on all applications for and all value associated with all notary licenses, and all notary stamps, embossers and seals used in performing the function of a notary;

114.    All private addresses by association by the Secured Party as indicated herein;

115.    All autographs on all applications for and all value associated with all public addresses;

116.    All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;

117.    The following United States Postal Service Registered Mail Numbers: _____346 086 831 - 346-088-695_____ list the numbers in columns and use the Tab Key for spacing. This is a neater look for all the numbers (but optional), if you do 30 or 40. You need a minimum of 5 numbers, but the final count of Registered Mail Numbers is up to you. If you ever use up all the numbers you enter on your Property List, then you would need to attach more via a UCC3 Amendment someday.

118.    The following Bond/Account number series: _____C K B - 001_____ inclusive;

119.    The following Bond/Account number series: _____42504 56 16/12737 6 inclusive;_____

120.    The following Bond/Account number series: __123-56-00374 PP-12- 85_____ inclusive;

121.    Any and all Property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the spiritual being Secured Party.

This Security Agreement devotes on Secured Party's heirs and assigners, who are equally as authorized, upon taking title to this Security Agreement, as Secured Party to hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful

Book 2018 Page 28
Misc
02/02/2018 11:03:34 AM

commercial remedy.

## DEFAULT

This following shall constitute the events of default hereunder:

1. Failure by DEBTOR to pay any debt secured hereby when due;
2. Failure by DEBTOR to perform any obligation secured hereby when required to be performed or;
3. Any breach of any warrant by DEBTOR contained in any Security Agreement.


## AUTOGRAPHS

Secured Party accepts all autographs in accord with UCC 3-419

x _Charlie Kirkland Brandon_  1/31/18
**DEBTOR**
**Social Security Number:** 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

x _Hadupa Inari El Bey_ 1/31/18
*Secured Party/Propria Persona, Sui Juris* **ARR**

# RELEASE OF LIEN ON REAL PROPERTY

Whereas **CHARLINE KIRKLAND-BRANDON** ™©®, of near Washitaw Terra [504] Ronaldman Road, Cleveland, Mississippi state Republic [38732]) /TDC by a bond
                    (Name)                                    (Place of Residence)

For the performance of U.S. Government Contract Number **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**, became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real Property further described hereafter, and Whereas said surety established the said lien upon the following Property

All Assets, All Accounts, Contract Rights, Documents, Chattel Paper, General Intangibles, Inventory, Letters of Credit, Lines of Credit, Equipment and Fixtures, whether presently owned or acquired in the future; All Accessions, Additions, Replacements, and Substitutes; All Records of ANY kind relating to ANY of the foregoing; All Proceeds (including, Insurance, Bonds, Stocks, General Intangibles and Accounts Proceeds), together with All the other real and personal Property, including; but NOT limited to: ANY Property, NOT specifically listed, named or listed by make, model, serial number, titled and non-titled interests in assets, possessions, Property, resources and licenses, etc... In the Pulaski County District Court, Arkansas District Judge of Pulaski County Case Number: PCS-17-7628; Warrant No.: PC-17-3702 - Date Printed: October 16, 2017

And recorded this pledge on INDICTMENT CRIMINAL CASE NO. 4:17CR131
                    (Name of Land Records)
In the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI, 911 Jackson Avenue East, Oxford, MS 38655,
                    (Locality)                    (State)
and

Whereas, I, Hadiya Imani El Bey, being a duly Authorized representative of the United States Government as a warranted contracting Officer, have determined that the lien is no longer required to ensure further performance of The said Government contract or satisfaction of claims arising therefrom,
and

Whereas the surety remains liable to the United States Government for continued Performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the Aforementioned lien

[Date] Jan 31 th, 2018  Haduja ul Nani El Bo                           R. Thumb

I, Ron Johnson a notary public
Mississippi State, Bolivar County, certify that Haiya Lmani El Bey personally appeared before me,
Witness my hand and official seal, this day of 1/31/2018

Notary Public Signature

My Commission expires 10/3/2021

STATE OF MISSISSIPPI
RON JOHNSON
NOTARY PUBLIC
ID No. 106861
Commission Expires
October 3, 2021
BOLIVAR COUNTY

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 90 (REV. 1-90)
Prescribed by GSA-FAR (48CFR) 53. 228(

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas **CHARLINE KIRKLAND-BRANDON ™©®**, of near Washitaw Terra [504] Ronaldman Road, Cleveland, Mississippi state Republic [38732]) /TDC, by a bond
          (Name)                    (Place of Residence)
For the performance of U.S. Government Contract Number **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**, became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal Property in escrow

in Account Number 4:17CR131 on deposit

at UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
(Name of Financial Institution)

Located at 911 Jackson Avenue East, Oxford, MS 38655, and
(Address of Financial Institution

Whereas, I, Hadiya Imani El Bey, being a duly authorized representative(s) of the United States Government as a warranted contracting officer, have determined that retention in escrow of the following Property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

All Assets, All Accounts, Contract Rights, Documents, Chattel Paper, General Intangibles, Inventory, Letters of Credit, Lines of Credit, Equipment and Fixtures, whether presently owned or acquired in the future; All Accessions, Additions, Replacements, and Substitutes; All Records of ANY kind relating to ANY of the foregoing; All Proceeds (including, Insurance, Bonds, Stocks, General Intangibles and Accounts Proceeds), together with All the other real and personal Property, including; but NOT limited to: ANY Property, NOT specifically listed, named or listed by make, model, serial number, titled and non-titled interests in assets, possessions, Property, resources and licenses, etc... In the Pulaski County District Court, Arkansas District Judge of Pulaski County Case Number: PCS-17-7628; Warrant No.: PC-17-3702 - Date Printed: October 16, 2017; *SEE ATTACHMENT* OPTIONAL FORM 90: RELEASE OF LIEN ON REAL PROPERTY, STANDARD FORM 28: AFFIDAVIT OF INDIVIDUAL SURETY

and
Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the Property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed Property to the surety. If the listed Property comprises the whole of the Property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all Property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

(DTC) DEPOSITORY TRUST COMPANY,
    (Name of Financial Institution)

[Date] Jan 31, th, 2018               [Signature] Hadiya Imani El B

I, Ron Johnson a notary public

Mississippi state, Bolivar County, certify that Hadiya Imani El Bey personally appeared before me,

Witness my hand and official seal, this day of 1/31/2018

Ron Johnson
Notary Public Signature

My Commission expires 10/3/2018         Seal

**AUTHORIZED FOR LOCAL REPRODUCTION**

NOTARY PUBLIC
ID No. 106881
Commission Expires
October 3 2021

RON JOHNSON
MISSISSIPPI
BOLIVAR

**OPTIONAL FORM 91 (1-90)**
Prescribed by GSA-FAR (48 CFR) 53.228(o)

Book 2018 Page 29
Misc
02/02/2018 11:03:34 AM

## TRUTH AFFIDAVIT
## IN THE NATURE OF SUPPLEMENTAL
## RULES FOR ADMINSTRATIVE AND MARITIME CLAIMS RULES C (6)

Document: HWI-04152018-CUM
Grant of Exclusive power of attorney to conduct all
tax, business, and legal affairs of Principal Person

**DEBTOR:**
CHARLINE KIRKLAND-BRANDON ™©®
C/O 1500 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20220

**Secured Party-Creditor Mailing Address:**
Hadiya El-Bey
In Care of: [504] Ronaldman Road
Cleveland, Mississippi State Republic near [38732]

## GRANTING POWER OF ATTORNEY, IN FACT

CHARLINE KIRKLAND-BRANDON, or any derivative thereof, C/O 504 RONALDMAN RD.,
CLEVELAND, MISS. 38732 is the Copy Right/Trade Name/Trade Mark belonging **to I, Me, My, Myself,**
addressee **Hadiya Imani El Bey,** Non-Resident / Non-Domestic / Non-Assumpsit / TDC. In Care of: near
[504] Ronaldman Road, Cleveland, Mississippi state Republic [38732], a Living Soul, a flesh and blood
Man. Hereinafter referred to as Executor of the CHARLINE KIRKLAND-BRANDON, Estate, Secured
Party-Creditor, Beneficiary, Authorized Representative, HOLDER-IN-DUE-COURSE with **Power of
Attorney in Fact**. To take exclusive charge of, manage, and conduct all of my tax, DBA (Doing Business
As) and legal affairs, and for such purpose to act for My Copy Right/Trade Name/Trade Mark, without
limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(A) Obtain information or documents from any government or its agencies, and negotiate, compromise, or
settle any matter with such government or agency (including tax matters). Prepare applications, provide
information, and perform any other act reasonably requested by any government or its agencies in
connection with governmental benefits (including military and social security benefits).

(B) To take possession of, hold, and manage My Copy Right's/Trade Name's/Trade Mark's real estate and
all other Property; to receive money or Property paid or delivered from any source for My Copy
Right/Trade Name/Trade Mark; open, maintain or close bank accounts (including, but not limited to,
checking accounts, savings accounts, and certificates of deposit), brokerage accounts, and other similar
accounts with financial institutions. Have access to any safe deposit box owned, including its contents.

(C) Conduct any business with any banking or financial institution with respect to any of principal's
accounts, including, but not limited to, deposit funds in, make withdrawals from, or sign checks or drafts
against any account standing in my name individually or jointly in any bank or other depository, to cash
coupons, obtaining bank statements, passbooks, drafts, money orders, warrants, bonds, or certificates of
deposits, to endorse checks, perform any act necessary to deposit, negotiate, sell or transfer any notes,
security, or draft of the United States of America, including U.S. Treasury Securities, vouchers payable to
the principal by any person, firm, corporation or political entity or other documents in My Copy
Right/Trade Name/Trade Mark; to have access to, and place items in or remove them from, any safety
deposit box standing in My Copy Right/Trade Name/Trade Mark, individually or jointly, and otherwise to
conduct bank transactions or business for me in my name, **Hadiya Imani El Bey;**

(D) Take any and all legal steps necessary to collect any amount or debt owed, or to settle any claim,
whether made against or asserted on behalf of principal against any other person or entity. To pay for My
Copy Right/Trade Name/Trade Mark, any just debts and expenses, including reasonable expenses incurred
by my attorney in fact **Hadiya Imani El Bey**, in exercising this exclusive power of attorney;

(E) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other Property for My Copy Right/Trade Name/Trade Mark; Exercise all stock rights as proxy, including all rights with respect to stocks, bonds, debentures, or other investments.

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, buy, lease, give options, reinvest any assets of Property owned, which may include income producing or non-income producing assets and Property; make contracts concerning real estate or other Property for such considerations and on such terms as my attorney in fact, **Hadiya Imani El Bey**, may consider prudent;

(H) Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's Property currently owned or acquired later, including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead currently owned or may own in the future. To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I) To provide for the use, maintenance, repair, security, or storage of my tangible Property; disclaim any interest that might otherwise be transferred or distributed to principal from any other person, estate, trust, or other entity, as may be appropriate

(J) To purchase and maintain such polices of insurance against liability, fire, casualty, or other risks, as my attorney in fact, **Hadiya Imani El Bey** may consider prudent;

The Living Soul(s), **Hadiya Imani El Bey,** the Creditor, the Secured Party, the Authorized Representative, and the Attorney In Fact, named herein on the Form UCC-1 and Commercial Security Agreement filed the commercial registry, is hereby authorized by law to act for and in control of My COPY RIGHT / TRADE MARK NAME-CORPORATION, ., the DEBTOR or any derivative thereof. In addition, threough the exclusive power of attorney, to conduct for all business and legal affairs of of My COPY RIGHT / TRADE MARK NAME-CORPORATION, . The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only the attorney in-fact may obligate the Copy Right / Trade Name /Trade Mark in these matters, and the Copy Right / Trade Name / Trade Mark can not obligate with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of the **Title Owner(s) Living Soul, Hadiya Imani El Bey.**

Executed and sealed by the voluntary act of my own hand, this **3 1** day of **January** 2018.

This instrument was prepared by **Hadiya Imani El Bey**

Acceptance:

**CHARLINE KIRKLAND-BRANDON®©™**, Grantor

My Copy Right/Trade Name/Trade Mark

Executed without the UNITED STATES, **I, Me, My, Myself, Hadiya Imani El Bey** declare under penalty of perjury and under the laws of MISSISSIPPI that the foregoing is true and correct.

Book 2018 Page 31
Misc
02/02/2018 11:03:34 AM

January 23, 2018

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS
Fed. Bldg. Room 369 THE U.S. DISTRICT COURT OF MISSISSIPPI. 911 Jackson Ave. East
Oxford, MS 38655

Re: **CHARLINE KIRKLAND-BRANDON©™**, ACCOUNT NO. **425045616**

# Appointment of Fiduciary

I, **Hadiya Imani El Bey "Third Party Interest Intervener,"** having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as **CHARLINE KIRKLAND-BRANDON©™,** or any alphabetical or numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third Party Interest Intervener," hereby nominate and do appoint Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS, as being qualified to fulfill the position of **"Fiduciary Creditor" and Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by We the **People**, through their original Organic Constitution(s)**.**

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred in all-capital-letter-assemblages, the same shall be by order of *Hadiya Imani El Bey,* **"Third Party Interest Intervener"** or other delegated appointee of *Hadiya Imani El Bey,* **"Third Party Interest Intervener,"** including assignments for or on behalf of the principal, **CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 32
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey,*i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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,** which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

## DUTIES OF THE FIDUCIARY

The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL

This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

(1) Setoff, settle and close the Account.

(2) Accept an appointment as a fiduciary.

(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.

(4) Perform the duties as the custodian pursuant to the Form 91.

(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.

(6) Issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract,

the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## LIABILITY OF THE FIDUCIARY

The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:

(1) The Fiduciary waives all rights, defenses, and immunities.

(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.

(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.

(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.

(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, **_Hadiya Imani El Bey,_** "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey*

**_Hadiya Imani El Bey,_** **Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (enslegis)**

Right Thumb Print

$1/31/18$

Date

Book 2018 Page 34
Misc
02/02/2018 11:03:34 AM

I, Me, My, Myself, Hadiya Imani El Bey named exclusive attorney in fact, do hereby accept the fiduciary interest of the herein-named COPY RIGHT / TRADE NAME / TRADE MARK and will execute the herein-granted powers-of-attorney with due diligence.

*Hadiya Imani El Bey*

**Hadiya Imani El Bey, *Title Owner***

**(Authorized Representative)**

**(Attorney In Fact)**

## NOTICE OF PERJUY JURAT

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary on this document is verification and identification only and not for entrance into any foreign jurisdiction.

Having witnessed the signing and sealing of the foregoing Verified **DECLARATION and AFFIDAVIT OF GRANTING POWER OF ATTORNEY** in Fact, by **Hadiya Imani El Bey,** I place my hand and seal hereon as an authentic act as a Notary Public of the State of Mississippi.

FURTHER AFFIANT SAITH NOT.

Subscribed and affirmed, without prejudice, and with all rights reserved, before me this ___3 1___ day of ___Jan___, 2018, the undersigned, a Notary Public in and for Mississippi state personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Autograph of Notary ___Ron Johnson___

Autograph (Printed Name): ___Ron Johnson___

Notary Address ___211 N. Pearman Ave___
___Cleveland, MS 38732___

My Commission Expires: ___10/3/2021___

STATE OF MISSISSIPPI
RON JOHNSON
(SEAL)
NOTARY PUBLIC
ID No. 106881
Commission Expires
October 3, 2021
BOLIVAR COUNTY

Book 2018 Page 35
Misc
02/02/2018 11:03:34 AM

When Recorded Mail to:
Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: [504] Ronaldman Road
Cleveland, Mississippi state Republic [38732]
a temporary mailing location

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by me, Hadiya Imani El Bey, living soul, one for We the People under Original Common

Law Jurisdiction by the Mississippi state Republic and united States of America Contracts, the Constitutions[1].

| Mississippi state Republic and one by the | ) | | |
|---|---|---|---|
| several united States | ) ss. | **DECLARATION BY AFFIDAVIT** | |
| Mississippi | ) | in Support of the | |
| in America | ) | **BOND TO DISCHARGE DEBT** | |

## Notice for the agent is notice for the principal applies under this notice.
### Notice for the county clerk for the Bolivar County, Mississippi and record court for original jurisdiction, is notice for all.

For: Whom it may concern: In the Matter for **CHARLINE KIRKLAND-BRANDON ™©®,** (including any and all derivatives thereof), hereinafter Hadiya Imani El Bey."

**I,** Hadiya Imani El Bey, hereinafter "Secured Party", the undersigned for one We the People, natural born living souls, the Posterity, born upon the land in the one for several counties within the one for the several States united for America, the undersigned Posterity, Creditors, Claimants and Secured Party, hereinafter "**I, Secured Party**", do hereby solemnly declare, say and state:

    1. **I, me, myself,** the Agent, am competent for stating the matters set forth herewith.

    2. **I, me, myself,** the Agent, have personal knowledge concerning the facts stated herein.

    3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating **I,** the Secured Party shall so state.

### *Plain Statement of Facts*

A matter must be expressed for being resolved. In commerce, truth is sovereign.
Truth is expressed in the form for an Affidavit.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law Rules by a jury.

I, Hadiya Imani El Bey, the Secured Party, am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, Hadiya Imani El Bey, living soul, the Secured Party, one for/under We the People under Original Common Law Jurisdiction for the MISSISSIPPI and united States of America Contracts, the Constitutions.

---

[1] Use of state and federal statutes within this document is only to notice the reader that which is applicable to them and is not intended, nor shall it be construed, to mean that the Secured Party confers, submits to, or has entered into any jurisdiction alluded to thereby.

Book 2018 Page 36
Misc
02/02/2018 11:03:34 AM

**WHEREAS**, the public record is the highest evidence form, I, Me, My, Myself, the Secured Party, am hereby timely creating public record by Declaration with this Verified Declaration in the Nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, Hadiya Imani El Bey, living soul, the Secured Party, one for/under We the People under Original Common Law Jurisdiction for the MISSISSIPPI states Republic and united States of America Contracts, the Constitutions (Articles of Association [1774], Declaration of Independence [1776], Articles of Confederation [1781] and Constitution for the united States of America [1789] and Treaty[ies], such a, the Treaty of Peace and Friendship between the united State and Morocco [1786], are the Supreme Law of the Land to wit:

Article 6 - Debts, Supremacy, Oaths
This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

1. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, after 1938, the supreme law of the land in the U.S. is anything other than "Public Policy" concerning commercial transactions made under the "Negotiable Instrument Law" as a result of the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a and by Executive Orders, and in accord with HJR 192 of June 5, 1933, and believe that none exists;

2. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, the Negotiable Instruments Law is anything other than a branch of the "International Law Merchant," which is now known as the "Uniform Commercial Code," (UCC) that was 'drafted' and made uniform, and "adopted in whole or substantially by all states." Black's Law Dictionary, Sixth Edition - page 1531. Thus the several states were and are bound into commercial agreements to the federal United States under the Uniform Commercial Code, and believe that none exists;

3. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, the Secretary of the Treasury in Puerto Rico is anything other than the Trustee of the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a and by Executive Orders, and believe that none exists;

4. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, the people inhabiting the several states of the united States of America are anything other than the Creditors of the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a and by Executive Orders, and in accord with HJR 192 of June 5, 1933, and believe that none exists;

5. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, "discharges of debts", "dollar for dollar" by the Creditors via the Trustee of the U.S. bankruptcy are anything other than lawful "tenders of payment" pursuant to the "Public Policy" established when lawful money was removed from circulation as a result the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a and by Executive Orders, and in accord with HJR 192 of June 5, 1933, and believe that none exists;

6. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, a refusal of a tender of payment by way of a "discharge" of a debt is anything other than a "discharge" of the debt pursuant to UCC 3-603 as enacted in associated state statutes, and believe that none exists;

7. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that a "Bond to Discharge Debt" is anything other than a negotiable instrument as defined in section 3 of the UCC, and believe that none exists;

8. **Fact**: **I,** the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, a refusal of a tender of payment of a debt by way of a "Bond to Discharge Debt" is anything other than a "discharge" of the debt pursuant to UCC 3-603 as enacted in associated state statutes, and believe that none exists;

Book 2018 Page 37
Misc
02/02/2018 11:03:34 AM

9.  **Fact**: I, the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, a "Bond to Discharge Debt" is anything other than a "discharge" of the National Debt and beneficial to the national economy, and believe that none exists;

10. **Fact**: I, the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, a "Bond to Discharge Debt" is anything other than a good faith attempt to discharge the debt and to settle and close the account, and believe that none exists;

11. **Fact**: I, the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, the use of Executive Order 11825 as a Letter of Credit is anything other than adequate assurance of the consideration exchanged and the unlimited line of credit provided to the American people when the U.S. took the gold and Property of the American people in 1933 as collateral as a result of the U.S. Bankruptcy as declared by President Roosevelt on March 9, 1933 and codified at 12 U.S.C.A. 95a. and by Executive Orders, and believe that none exists;

12. **Fact**: I the Secured Party, have not seen or been presented with any admissible evidence which demonstrates that, primarily, the "Bond to Discharge Debt" is anything other than the main remedy provided by EL in Isaiah 52.3 to enable Natural People to be released from bondage and to serve their "Higher Selves" as EL's special "Holy Nation" in correlation to the allegorical story the "Chosen People from Upper Egypt" called IS-RA-EL-ites, symbolizing the "Higher-Self," when they were freed from Egypt, symbolizing the "lower-self".

**I, the Secured Party**, am not an expert in the Law; however, I do know right from wrong. If there is any living soul that is being unjustly damaged by any statements herein, if he/she will inform Me by facts, I will sincerely make every effort to amend My ways.

**I, the Secured Party,** hereby and herein reserve the right for amending and making amendments to this document as necessary in order that the truth may be ascertained and its proceeding justly determined.

**If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts and law conclusions, that this Affidavit by Declaration is substantially and materially false sufficiently for changing materially Me or My Hadiya Imani El Bey's national status and factual declaration.**

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as final judgment in this matter.

The Undersigned, **I, the Secured Party**, holder in due course for original, do herewith declare, state and say that I, Secured Party, issue this with sincere intent in truth, that I, the undersigned Secured Party, am competent by stating the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by Me, the undersigned. By me, this 31 day of ___January___ 2018 A.D., Hadiya Imani El Bey, Beneficiary, Executor Office of the Estate, Secured Party-Creditor

By _Hadiya Imani El Bey_ autograph

Hadiya Imani El Bey:
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: [504] Ronaldman Road
Cleveland, Mississippi state Republic [38732]
a temporary mailing location

---

**NOTICE**

*Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.*

Book 2018 Page 36
Misc
02/02/2018 11:03:34 AM

Mississippi state Republic ）
） ss. **JURAT**
Bolivar County ）

On the 3⅃ day of 𝒜𝒸𝑒𝓃 , 2018, Hadiya Imani El Bey, personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he/she executed the same under asseveration, and accepts the facts thereof. Subscribed and affirmed before me this day. Witness my hand and seal this 3⅃ day of 𝒥𝑒𝓊 , 2018.

Stamp

Notary Autograph



STATE OF MISSISSIPPI
RON JOHNSON
★ NOTARY PUBLIC ★
ID No. 106861
Commission Expires
October 3, 2021
BOLIVAR COUNTY

Book 2018 Page 39
Misc
02/02/2018 11:03:34 AM

## INSTRUCTIONS

1. Individual sureties on bonds executed in connection with Government contracts must complete and submit this form with the bond. (See 48 CFR 28.203, 53.228(e).) The surety must have the completed form notarized.

2. No corporation, partnership, or other unincorporated association or firm, as such, is acceptable as an individual surety. Likewise, members of a partnership are not acceptable as sureties on bonds that a partnership or an association, or any co-partner or member thereof, is the principal obligor. However, stockholders of corporate principals are acceptable provided (a) their qualifications are independent of their stockholdings or financial interest therein, and (b) that the fact is expressed in the affidavit of justification. An individual surety will not include any financial interest in assets connected with the principal on the bond that this affidavit supports.

3. United States citizenship is a requirement for individual sureties for contracts and bonds when the contract is awarded in the United States. However, when the Contracting Officer is located in an outlying area or a foreign country, the individual surety is only required to be a permanent resident of the area or country in which the contracting officer is located.

4. All signatures of the affidavit submitted must be originals. Affidavits bearing reproduced signatures are not acceptable. An authorized person must sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of a firm, partnership, or joint venture, or an officer of the corporation involved.

**STANDARD FORM 28** (REV. 6/2003) **BACK**

| Form **56**<br>(Rev. July 2004)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

**Part I**   Identification

| Name of person for whom you are acting (as shown on the tax return)<br>**CHARLINE KIRKLAND-BRANDON™©®** | Identifying number<br>**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** | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 1500 PENNSYLVANIA AVENUE, N.W.**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**WASHINGTON, D.C. 20220**

Fiduciary's name
**CHIEF JUDGE SHARION AYCOCK**

Address of fiduciary (number, street, and room or suite no.)
**Thomas G. Abernethy Bldg. THE U. S. DISTRICT COURT NORTHERN DISTRICT OF MISS. 301 W. Commerce St. #13**

| City or town, state, and ZIP code<br>**Aberdeen, MS 39730** | Telephone number (optional)<br>(    ) |
|---|---|

**Part II**   Authority

**1**   Authority for fiduciary relationship. Check applicable box:
  **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . .   (2) Date of death ............................
  **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . .   (2) Date (see instructions) ...................
  **c**   ☐ Valid trust instrument and amendments
  **d**   ☑ Other. Describe ▶ **Appointment of Fiduciary** .............................................................

**Part III**   Nature of Liability and Tax Notices

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..........................................................

**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ .........................................................................

**4**   Year(s) or period(s) (if estate tax, date of death) ▶ ............................................................................

**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items
    described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  ☐

**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some (but not all)**
    of the items described on lines 2, 3, and 4, check here ▶   ☐ and list the applicable Federal tax form number and the year(s) or
    period(s) applicable ..........................................................................................................
    ..............................................................................................................................

**Part IV**   Revocation or Termination of Notice

Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
    Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship  .  ▶  ☐
    Reason for termination of fiduciary relationship. Check applicable box:
  **a** ☐ Court order revoking fiduciary authority
  **b** ☐ Certificate of dissolution or termination of a business entity
  **c** ☐ Other. Describe ▶

Section B—Partial Revocation

**8a** Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
    the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶  ☐
  **b** Specify to whom granted, date, and address, including ZIP code.
    ▶ ...........................................................................................................................

Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
    specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶  ☐
    ▶ ...........................................................................................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.        Cat. No. 16375I        Form **56** (Rev. 7-2004)

Book 2018 Page 41
Misc
02/02/2018 11:03:34 AM

Form 56 (Rev. 7-2004)                                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) **THE U. S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI** | Date proceeding initiated | | | |
|---|---|---|---|---|
| Address of court **301 W. Commerce St. #13** | Docket number of proceeding **4:17CR131** | | | |
| City or town, state, and ZIP code **Aberdeen, MS 39730** | Date | Time | a.m. p.m. | Place of other proceedings |

| **Part VI** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶

                                    **CHIEF JUDGE**

Fiduciary's signature                             Title, if applicable                      Date

Form **56** (Rev. 7-2004)

Book 2018 Page 42
Misc
02/02/2018 11:03:34 AM

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) **CHARLINE KIRKLAND-BRANDON™©®** | Identifying number **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** | Decedent's social security no. |
|---|---|---|

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 1500 PENNSYLVANIA AVENUE, N.W.**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**WASHINGTON, D.C. 20220**

Fiduciary's name
**DISTRICT JUDGE DEBRA M. BROWN**

Address of fiduciary (number, street, and room or suite no.)
**Federal Building Room 369, THE U. S. DISTRICT COURT DISTRICT OF MISS. 911 Jackson Avenue East**

| City or town, state, and ZIP code **Oxford, MS 38655** | Telephone number (optional) (   ) |
|---|---|

**Part II**    **Authority**

**1**   Authority for fiduciary relationship. Check applicable box:
   **a(1)** ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . .    **(2)** Date of death .............................
   **b(1)** ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . .    **(2)** Date (see instructions) ...................
   **c**    ☐ Valid trust instrument and amendments
   **d**    ☑ Other. Describe ▶ **Appointment of Fiduciary** ...............................................................................

**Part III**    **Nature of Liability and Tax Notices**

**2**   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ............................................................
**3**   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ............................................................
**4**   Year(s) or period(s) (if estate tax, date of death) ▶ ............................................................
**5**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
   described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**6**   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
   of the items described on lines 2, 3, and 4, check here ▶    ☐ and list the applicable Federal tax form number and the year(s) or
   period(s) applicable .................................................................................................................
   .................................................................................................................

**Part IV**    **Revocation or Termination of Notice**

**Section A—Total Revocation or Termination**

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
   Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
   **a** ☐ Court order revoking fiduciary authority
   **b** ☐ Certificate of dissolution or termination of a business entity
   **c** ☐ Other. Describe ▶

**Section B—Partial Revocation**

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
   the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
   **b**   Specify to whom granted, date, and address, including ZIP code.
   ▶ .................................................................................................................

**Section C—Substitute Fiduciary**

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
   specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . . ▶ ☐
   ▶ .................................................................................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.      Cat. No. 16375I      Form **56** (Rev. 7-2004)

Book 2018 Page 43
Misc
02/02/2018 11:03:34 AM

Form 56 (Rev. 7-2004)                                                                                                    Page **2**

| Part V | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | Date proceeding initiated | | |
|---|---|---|---|---|
| **THE U. S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI** | | | | |
| Address of court | | Docket number of proceeding | | |
| **911 Jackson Avenue East** | | **4:17CR131** | | |
| City or town, state, and ZIP code | Date | Time | a.m. | Place of other proceedings |
| **Oxford, MS 38655** | | | p.m. | |

| Part VI | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here**

▶ _____ **DISTRICT JUDGE** _____
Fiduciary's signature                     Title, if applicable                     Date

Form **56** (Rev. 7-2004)

Book 2018 Page 44
Misc
02/02/2018 11:03:34 AM

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    **Identification**

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **CHARLINE KIRKLAND-BRANDON™©®** | **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** | |

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 1500 PENNSYLVANIA AVENUE, N.W.**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**WASHINGTON, D.C. 20220**

Fiduciary's name
**DISTRICT JUDGE MICHAEL P. MILLS**

Address of fiduciary (number, street, and room or suite no.)
**Federal Building Room 369, THE U. S. DISTRICT COURT DISTRICT OF MISS. 911 Jackson Avenue East**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Oxford, MS 38655** | ( ) |

**Part II**    **Authority**

1   Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .    (2) Date of death ...........................
b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . .    (2) Date (see instructions) ...................
c   ☐ Valid trust instrument and amendments
d   ☑ Other. Describe ▶ **Appointment of Fiduciary** ..........................................................

**Part III**    **Nature of Liability and Tax Notices**

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..........................................
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ................................................................
4   Year(s) or period(s) (if estate tax, date of death) ▶ ...................................................................
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items
described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all)
of the items described on lines 2, 3, and 4, check here ▶   ☐ and list the applicable Federal tax form number and the year(s) or
period(s) applicable ...............................................................................................

**Part IV**    **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal
Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:
a ☐ Court order revoking fiduciary authority
b ☐ Certificate of dissolution or termination of a business entity
c ☐ Other. Describe ▶

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for
the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
▶ ....................................................................................................................

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and
specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
▶ ....................................................................................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.     Cat. No. 16375I     Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)<br>**THE U. S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI** | | Date proceeding initiated | | |
| Address of court<br>**911 Jackson Avenue East** | | Docket number of proceeding<br>**4:17CR131** | | |
| City or town, state, and ZIP code<br>**Oxford, MS 38655** | Date | Time | a.m<br>p.m | Place of other proceedings |

| **Part VI** | **Signature** |
|---|---|

| **Please<br>Sign<br>Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

▶ _____          **DISTRICT JUDGE** _____          _____
    Fiduciary's signature          Title, if applicable          Date

Form **56** (Rev. 7-2004)

Book 2018 Page 46
Misc
02/02/2018 11:03:34 AM

| Form **56**<br>(Rev. July 2004)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br><br>(Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |
|---|---|---|

**Part I** — **Identification**

Name of person for whom you are acting (as shown on the tax return)
**CHARLINE KIRKLAND-BRANDON™©®**

Identifying number
**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**

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 1500 PENNSYLVANIA AVENUE, N.W.**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**WASHINGTON, D.C. 20220**

Fiduciary's name
**William C. Lamar, dba WILLIAM C. LAMAR, U.S. Attorney, Northern District of Mississippi**

Address of fiduciary (number, street, and room or suite no.)
**Ethridge Building 900 Jefferson Ave.**

City or town, state, and ZIP code
**Oxford, MS 38655**

Telephone number (optional)
( )

**Part II** — **Authority**

1    Authority for fiduciary relationship. Check applicable box:
a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .    (2) Date of death ...........................
b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . .    (2) Date (see instructions) ...................
c    ☐ Valid trust instrument and amendments
d    ☑ Other. Describe ▶ **Appointment of Fiduciary** ...........................................................

**Part III** — **Nature of Liability and Tax Notices**

2    Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ..............................................................
3    Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ........................................................................
4    Year(s) or period(s) (if estate tax, date of death) ▶ ............................................................................
5    If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items

described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6  If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ...................................................................................................................

................................................................................................................................................

## Part IV  Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
   Reason for termination of fiduciary relationship. Check applicable box:
a  ☐ Court order revoking fiduciary authority
b  ☐ Certificate of dissolution or termination of a business entity
c  ☐ Other. Describe ▶

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
   ▶ ................................................................................................................................

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . . ▶ ☐
   ▶ ................................................................................................................................

For Paperwork Reduction Act and Privacy Act Notice, see back page.          Cat. No. 16375I          Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)                                                                                             Page **2**

## Part V  Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) Ethridge Building | | | Date proceeding initiated | | |
| Address of court 900 Jefferson Ave. | | | Docket number of proceeding 4:17CR131 | | |
| City or town, state, and ZIP code Oxford, MS 38655 | Date | Time | a.m. p.m. | Place of other proceedings |

## Part VI  Signature

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please Sign Here**

▶ _____  **U.S. ATTORNEY**  _____
Fiduciary's signature            Title, if applicable            Date

Form **56** (Rev. 7-2004)

# AFFIDAVIT OF INDIVIDUAL SURETY

OMB Number: 9000-0001

*(See instructions on reverse)*

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (VPR), Office of Acquisition Policy, GSA, Washington, DC 20405.

Book 2018 Page 46
Misc
02/02/2018 11:03:34 AM

STATE OF MISSISSIPPI

SS. 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

COUNTY OF BOLIVAR

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| CHARLINE K. BRANDON™©® | D.T.C. 55 WATER ST. NYC, NY 10041 |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
|---|---|
| LIFE TIME SURETY | D.T.C. 55 WATER ST. NYC, NY 10041 |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* D.T.C. DEPOSITORY TRUST CORPORATION, 55 WATER ST. NYC, NY. 10041 | 6. TELEPHONE NUMBER HOME – N/A BUSINESS - N/A |
|---|---|

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*
All Assets, All Accounts, Contract Rights, Documents, Chattel Paper, General Intangibles, Inventory, Letters of Credit, Lines of Credit, Equipment and Fixtures, whether presently owned or acquired in the future; All Accessions, Additions, Replacements, and Substitutes; All Records of ANY kind relating to ANY of the foregoing; All Proceeds Bonds and Stocks.

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*
General Intangibles and Accounts Proceeds together with All the other real and personal property, including; but NOT limited to: ANY property, NOT specifically listed, named or listed by make, model, serial number, titled and non-titled interests in assets, possessions, property, resources and licenses, etc… INDICTMENT CRIMINAL CASE NO. 4:17CR131

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE. BIRTH CERTIFICATE NUMBER: gwn-1727716-1-1; the SOCIAL SECURITY NUMBER(S): 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 and I.M.F. BOND NUMBER: E98397041; INDICTMENT CRIMINAL CASE NO. 4:17CR131

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* 4:17CR131 |
|---|---|

12. SUBSCRIBED AND SWORN BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* |
|---|---|
| MONTH 1  DAY 3  YEAR 18 | Cleveland, MS |

| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* Ron Johnson | d. SIGNATURE | e. MY COMMISSION EXPIRES 10/3/20 |
|---|---|---|

NOTARY PUBLIC ID No. 106881 Commission Expires October 3, 2020 STATE OF MISSISSIPPI RON JOHNSON BOLIVAR COUNTY

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

**STANDARD FORM 28** (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

January 23, 2018

Book 2018 Page 49
Misc
02/02/2018 11:03:34 AM

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

Sharion Aycock dba CHIEF JUDGE SHARION AYCOCK
Thomas G. Abernethy Fed. Bldg. THE U.S. DISTRICT COURT NORTHERN DISTRICT OF
MISS. 301 W. Commerce St. #13
Aberdeen, MS 39730

**Re: CHARLINE KIRKLAND-BRANDON©™, ACCOUNT NO. 425045616**

# Appointment of Fiduciary

I, **Hadiya Imani El Bey "Third Party Interest Intervener,"** having terminated the previous
fiduciary to the corporate entity (ens legis), a documented vessel under United States registry,
otherwise described as **CHARLINE KIRKLAND-BRANDON©™,** or any alphabetical or
numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of
Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. §
1247] and there being no living sentient being responsible to accept service of process or other
documents, and cannot appear in a court of the United States or act as a duly appointed transfer
agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third
Party Interest Intervener," hereby nominate and do appoint Sharion Aycock dba CHIEF JUDGE
SHARION AYCOCK as being qualified to fulfill the position of **"Fiduciary Creditor" and
Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the
same to be effective immediately as of the date set forth below, and shall continue until further
notice or reappointment, substitution or cancellation, within the venue as ordained and
established by We the **People,** through their original Organic Constitution(s).

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and
candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party
Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities,
accepting and receiving all service of process and other documents, instruments, bonds or other
important papers, to appear and discharge, settle and close all matters material to above referred
in all-capital-letter-assemblages, the same shall be by order of *Hadiya Imani El Bey,* "Third
Party Interest Intervener" or other delegated appointee of *Hadiya Imani El Bey,* "Third
Party Interest Intervener," including assignments for or on behalf of the principal,
**CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or
numerical variation thereof as described above, and to do all other acts requisite to faithfully
execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 50
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, Sharion Aycock dba CHIEF JUDGE SHARION AYCOCK OF THE U.S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey,* i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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,** which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. The attached presentment is accepted for value, with all related endorsements front and back, in accordance with Uniform Commercial Code 3-419 and House Joint Resolution 192 of June 5, 1933; prepaid; exempt from levy. Sharion Aycock dba CHIEF JUDGE SHARION AYCOCK is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

## DUTIES OF THE FIDUCIARY
The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL
This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

(1) Setoff, settle and close the Account.

(2) Accept an appointment as a fiduciary.

(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.

(4) Perform the duties as the custodian pursuant to the Form 91.

(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.

Misc
02/02/2018 11:03:34 AM

(6) Issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract, the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

**LIABILITY OF THE FIDUCIARY**
The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:
(1) The Fiduciary waives all rights, defenses, and immunities.
(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.
(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.
(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.
(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.
(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, **Hadiya Imani El Bey,** "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey*

**Hadiya Imani El Bey, Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (ens legis)**

Right Thumb Print

1/31/18
Date

Book 2018 Page 52
Misc
02/02/2018 11:03:34 AM

## NOTARY ATTACHED

**Using a notary for this document <u>does not constitute any adhesion, nor does it alter My</u> <u>status</u> in any manner. The purpose for notary is <u>verification and identification only.</u>**

### *ACKNOWLEDGMENT*

The state of _____
The county of _____          } ss.

On __1/31/18__     before me    Ron  Johnson
      DATE                                   NOTARY PUBLIC

Personally appeared, Hadya Ulmani El Bey
                            Name of signer who executed document

known to me (or proved to me on the basis of satisfactory evidence) to be the signer
whose name is subscribed to the within instrument and *duly sworn and subscribed*
acknowledged to me that he executed the same and that by his signature on the instrument
executed the instrument.

WITNESS my hand and official seal.
   My Commission Expires: __10/3/2021__

Notary Public

SEAL

MISSISSIPPI
RON JOHNSON
NOTARY PUBLIC
ID No. 106861
Commission Expires
October 3, 2021
BOLIVAR COUNTY

Book 2018 Page 53
Misc
02/02/2018 11:03:34 AM

January 23, 2018

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

Debra M. Brown dba DISTRICT JUDGE DEBRA M. BROWN
Fed. Bldg. Room 369 THE U.S. DISTRICT COURT OF MISSISSIPPI, 911 Jackson Ave. East
Oxford, MS 38655

### Re: **CHARLINE KIRKLAND-BRANDON©™, ACCOUNT NO. 425045616**

# Appointment of Fiduciary

I, **Hadiya Imani El Bey "Third Party Interest Intervener,"** having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as **CHARLINE KIRKLAND-BRANDON©™,** or any alphabetical or numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third Party Interest Intervener," hereby nominate and do appoint Debra M. Brown dba DISTRICT JUDGE DEBRA M. BROWN as being qualified to fulfill the position of **"Fiduciary Creditor" and Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by We the **People,** through their original Organic  Constitution(s)**.**

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred in all-capital-letter-assemblages, the same shall be by order of ***Hadiya Imani El Bey,* "Third Party Interest Intervener"** or other delegated appointee of ***Hadiya Imani El Bey,* "Third Party Interest Intervener,"** including assignments for or on behalf of the principal, **CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 54
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, Debra M. Brown dba DISTRICT JUDGE DEBRA M. BROWN,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey,* i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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**, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. Debra M. Brown dba DISTRICT JUDGE DEBRA M. BROWN is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

## DUTIES OF THE FIDUCIARY

The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL

This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

(1) Setoff, settle and close the Account.

(2) Accept an appointment as a fiduciary.

(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.

(4) Perform the duties as the custodian pursuant to the Form 91.

(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.

(6) Issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract,

Misc
02/02/2018 11:03:34 AM

the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## LIABILITY OF THE FIDUCIARY

The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:

(1) The Fiduciary waives all rights, defenses, and immunities.

(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.

(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.

(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.

(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey,* **Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (ens legis)**

Right Thumb Print

$$\frac{1}{3}1 \Big/ 18$$
Date

Book 2018 Page 56
Misc
02/02/2018 11:03:34 AM

## NOTARY ATTACHED

**Using a notary for this document <u>does not constitute any adhesion, nor does it alter My</u> <u>status</u> in any manner. The purpose for notary is <u>verification and identification only.</u>**

### *ACKNOWLEDGMENT*

The state of _____        } ss.
The county of _____

On __1/31/18__ before me ___Ron Johnson___
     DATE                                                   NOTARY PUBLIC

Personally appeared, ___Hadiya Umani EL Bey___
                                 Name of signer who executed document

known to me (or proved to me on the basis of satisfactory evidence) to be the signer
whose name is subscribed to the within instrument and *duly sworn and subscribed*
acknowledged to me that he executed the same and that by his signature on the instrument
executed the instrument.

WITNESS my hand and official seal.
My Commission Expires: __10/3/2021__

_____
Notary Public

Book 2018 Page 57
Misc
02/02/2018 11:03:34 AM

January 23, 2018

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

Kevin Lackey dba KEVIN LACKEY, THE DIRECTOR OF THE MISSISSIPPI
ADMINSTRATIVE OFFICE OF COURTS
P.O. BOX 117
Jackson, MS 39205

Re: **CHARLINE KIRKLAND-BRANDON©™, ACCOUNT NO. 425045616**

# Appointment of Fiduciary

I, **Hadiya Imani El Bey "Third Party Interest Intervener,"** having terminated the previous fiduciary to the corporate entity (enslegis), a documented vessel under United States registry, otherwise described as **CHARLINE KIRKLAND-BRANDON©™,** or any alphabetical or numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third Party Interest Intervener," hereby nominate and do appoint Kevin Lackey dba KEVIN LACKEY, THE DIRECTOR OF THE MISSISSIPPI ADMINSTRATIVE OFFICE OF COURTS as being qualified to fulfill the position of **"Fiduciary Creditor" and Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by We the **People,** through their original Organic Constitution(s).

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred in all-capital-letter-assemblages, the same shall be by order of *Hadiya Imani El Bey,* **"Third Party Interest Intervener"** or other delegated appointee of *Hadiya Imani El Bey,* **"Third Party Interest Intervener,"** including assignments for or on behalf of the principal, **CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 58
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, Kevin Lackey dba KEVIN LACKEY, THE DIRECTOR OF THE MISSISSIPPI ADMINSTRATIVE OFFICE OF COURTS,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey*,i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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**, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. Kevin Lackey dba KEVIN LACKEY, THE DIRECTOR OF THE MISSISSIPPI ADMINSTRATIVE OFFICE OF COURTS is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

## DUTIES OF THE FIDUCIARY

The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL

This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

(1) Setoff, settle and close the Account.

(2) Accept an appointment as a fiduciary.

(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.

(4) Perform the duties as the custodian pursuant to the Form 91.

(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.

(6) Issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract, the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## **LIABILITY OF THE FIDUCIARY**

The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:

(1) The Fiduciary waives all rights, defenses, and immunities.

(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.

(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.

(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.

(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, ***Hadiya Imani El Bey,*** "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey,* **Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (enslegis)**

Right Thumb Print

1/31/18

Date

Book 2018 Page 60
Misc
02/02/2018 11:03:34 AM

## NOTARY ATTACHED

**Using a notary for this document <u>does not constitute any adhesion, nor does it alter My</u> <u>status</u> in any manner. The purpose for notary is <u>verification and identification only.</u>**

### *ACKNOWLEDGMENT*

The state of _____ MS _____ } ss.
The county of _____ Bolivar _____

On _3 | 18_ _____ before me _____ Ron Johnson _____
      DATE                                    NOTARY PUBLIC

Personally appeared, _____ Hadiya Imani ElBey _____
                              Name of signer who executed document

known to me (or proved to me on the basis of satisfactory evidence) to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

WITNESS my hand and official seal.
My Commission Expires: _10/3/2021_

_Ron Johnson_
Notary Public

STATE OF MISSISSIPPI
RON JOHNSON
NOTARY PUBLIC
ID No. 106881
Commission Expires
October 3, 2021
BOLIVAR COUNTY

Book 2018 Page 61
Misc
02/02/2018 11:03:34 AM

January 23, 2018

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

William C. Lamar dba WILLIAM C. LAMAR, U.S. ATTORNEY OF THE NORTHERN
DISTRICT OF MISSISSIPPI
Ethridge Building 900 Jefferson Avenue
Oxford, MS 39730

**Re: CHARLINE KIRKLAND-BRANDON©™, ACCOUNT NO. 425045616**

# Appointment of Fiduciary

I, **Hadiya Imani El Bey "Third Party Interest Intervener,"** having terminated the previous fiduciary to the corporate entity (enslegis), a documented vessel under United States registry, otherwise described as **CHARLINE KIRKLAND-BRANDON©™,** or any alphabetical or numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third Party Interest Intervener," hereby nominate and do appoint William C. Lamar dba WILLIAM C. LAMAR, U.S. ATTORNEY OF THE NORTHERN DISTRICT OF MISSISSIPPI as being qualified to fulfill the position of **"Fiduciary Creditor" and Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by We the **People**, through their original Organic Constitution(s).

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred in all-capital-letter-assemblages, the same shall be by order of *Hadiya Imani El Bey,* **"Third Party Interest Intervener"** or other delegated appointee of *Hadiya Imani El Bey,* **"Third Party Interest Intervener,"** including assignments for or on behalf of the principal, **CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 62
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, William C. Lamar dba WILLIAM C. LAMAR, U.S. ATTORNEY OF THE NORTHERN DISTRICT OF MISSISSIPPI,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey,*i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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**, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. William C. Lamar dba WILLIAM C. LAMAR, U.S. ATTORNEY OF THE NORTHERN DISTRICT OF MISSISSIPPI is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

## DUTIES OF THE FIDUCIARY

The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:

(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.

(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.

(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.

(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.

(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.

(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

## ACCEPTANCE AND REFUSAL

This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:

(1) Setoff, settle and close the Account.

(2) Accept an appointment as a fiduciary.

(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.

(4) Perform the duties as the custodian pursuant to the Form 91.

(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.

(6) Issue a Statement of Account showing a Zero (\$0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract, the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## LIABILITY OF THE FIDUCIARY

The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:

(1) The Fiduciary waives all rights, defenses, and immunities.

(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.

(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.

(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.

(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey,* **Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (enslegis)**

Right Thumb Print

$\dfrac{1}{31}\Big/18$
Date

Book 2018 Page 64
Misc
02/02/2018 11:03:34 AM

## NOTARY ATTACHED

**Using a notary for this document <u>does not constitute any adhesion, nor does it alter My status</u> in any manner. The purpose for notary is <u>verification and identification only.</u>**

## *ACKNOWLEDGMENT*

The state of _____ } ss.
The county of _____

On ___1 / 31 / 18___ before me ___Ron Johnson___
    DATE                                        NOTARY PUBLIC

Personally appeared, ___Hadiya Umani ElBey___
                          Name of signer who executed document

known to me (or proved to me on the basis of satisfactory evidence) to be the signer whose name is subscribed to the within instrument and *duly sworn and subscribed* acknowledged to me that he executed the same and that by his signature on the instrument executed the instrument.

WITNESS my hand and official seal.
My Commission Expires: __10 / 3 / 2021__

___Ron Johnson___
Notary Public                                    SEAL

STATE OF MISSISSIPPI
RON JOHNSON
NOTARY PUBLIC
ID No. 106881
Commission Expires
October 3, 2021
BOLIVAR COUNTY

Mail to: Hadiya Imani El Bey of Washitaw Terra
Temporary Mailing Location: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
Non-Resident / Non-Domestic / Non-Assumpsit

Book 2018 Page 74
Misc
02/02/2018 11:03:34 AM

**SILVER BOND**

Bolivar County            ]
                          ]
Mississippi Republic      ]    Asseveration
                          ]
united States of America  ]

Hadiya Imani El Bey, Authorized Representative for CHARLINE KIRKLAND-
BRANDON™©®
only in capacity as beneficiary to the Original Jurisdiction

## NOTICE OF SURETY ACT AND BOND

### KNOW ALL MEN, BY THESE PRESENTS, I, Hadiya Imani El Bey,
Beneficiary, and Executrix Office of the CHARLINE KIRKLAND-BRANDON™©® ESTATE, a free
wombman and the aboriginal indigenous inhabitant upon the free soil of this Washitaw Territory
(Mississippi Republic), state that I am not a corporation, however, I am the trustmaker for the HADIYA
IMANI EL BEY LIVING TRUST. I am a living soul, of legal age, competent to testify, have personal
firsthand knowledge of the truths and facts herein being true, correct, and certain, not misleading.

I, Hadiya Imani El Bey, of my own free will and accord, in the presence of UR RA (ALLAH, ALAH,
ELAH, ELOH), as the presences of UR RA (ALLAH, ALAH, ELAH, ELOH) in me. All in capacity as
beneficiary to the Original Jurisdiction earthly and heavenly, in good conscience, do willingly undertake to
act as surety to pledge and provide private bond, in the amount of twenty-two dollars in silver coinage,
minted by the American Treasury (at the legal and lawful 24 to 1 ratio prescribed by law) united States of
America, Lawful coin dollars of the united states of America, personally held in My ownership and
possession.

This bond is to the credit of the private party listed hereon, Hadiya Imani El Bey, in capacity as beneficiary
to the Original Jurisdiction, by his appellation, as full faith and credit guarantee to any Lawful Bill in
Redemption, duly presented under Seal in Lawful specie money of account of the united States of America,
Original Jurisdiction, to wit, and pursuant and in parity to the cost-expense ratio of senate bill 70 on file in
this state.

The Bill of Redemption is a tender as set off for any alleged contract, agreement, consent, assent
purportedly held, as an obligation or duty against Hadiya Imani El Bey so as to cause an imputed disability,
or presumption against the capacity, Rights and powers of Hadiya Imani El Bey. The specific intent of the
bond, under seal, is to establish, by My witness, the good credit in Lawful money specie of Hadiya Imani
El Bey.

I, Hadiya Imani El Bey do make this surety, pledge, bond, under My seal, as full faith and credit guarantee,
to any Lawful Bill, duly presented, to Me, under Seal, *under penalties of perjury,* in Lawful money of
account of the united States of America, in the matter of correct public judicial/corporate actions in the
forum of Original Rules, Original jurisdiction, for the benefit and credit of the peculiar private party listed
above.

Book 2018 Page 75
Misc
02/02/2018 11:03:34 AM

The intent of the bond, under Seal, is to establish, by My witness, the good credit, in the sum certain amount of at least twenty one dollars in silver coinage, which carries no debt obligation worldwide, minted by the American Treasury, united states of America, Lawful specie dollars of the united states of America, available to bond the actions of the private party listed above, and further, in reservation of Rights under common law and customs of the united states of America, available to bond the actions of the private party listed above, and further, in reservation of Rights under common law and customs of the united states of America, Original Jurisdiction, Original Rules, has, before this assembly of Men, a bond in tender of twenty one silver dollars, Coinage Act of A.D. 1792, Bond of Identity and Character as proof positive, competent evidence, Hadiya Imani El Bey cannot be bankrupt, no cessio bonorum, or a forma pauperis, dolus trust CHARLINE KIRKLAND-BRANDON™©®.

The life of this bond covers a period of two (2) years from the date entered below unless the plaintiff enters a true bill of particulars and all related causes of action and your advice of counsel (who do you work for?) and information with testimony documentation under the penalties of perjury into evidence in the case of the peculiar private party listed above, in which case the life of this bond will be extended for a period of two (2) years after such documentation is presented under the penalties of perjury in the case of the peculiar private party listed above, whereby, by the signature Jurat and Seal of Hadiya Imani El Bey, in capacity as beneficiary of the Original Jurisdiction, surety, guarantor, herein confirms, attests,, and affirms this bond.

Failure to comply pursuant to the Truth in Lending Act will negate your remedies. Third party to serve on this case will make you liable for civil and criminal prosecution.

<div align="center">

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS
NOTICE TO AGENTS IS NOTICE TO PRINCIPALS

</div>

Teste Meipso

Done this the _3 1_ day of the _Jan_ month, anno Domini, in the year two thousand fourteen.

(SEAL [Right Thumbprint in Red])

L.S. X _Hadiya Imani El Bey_ No Dolus
Hadiya Imani El Bey (signed in red above) only in capacity as beneficiary of the Original

_____    _Lucy J. Cleburn_
Witness                  Witness

_Hadiya Imani El Bey_
Hadiya Imani El Bey (signed in red ink) )

_Bolivar_ county    ]
                    ]    ss:
_MS_ state          ]

Hadiya Imani El Bey, known by me or made known to me by proper identification, Affirmed and Subscribed this the _1_ day of _31_____, 2018, THEREFORE;

X Notary _Ron Johnson_
_211 N. Pearman Ave_
_Cleveland, MS 38732_

(SEAL)
STATE OF MISSISSIPPI
RON JOHNSON
NOTARY PUBLIC
ID No. 106881
Commission Expires
October 3, 2021
BOLIVAR COUNTY



**Office of the Clerk of the Circuit Court**
**DuPage County, Illinois**

Search

**Case Summary Details**

| Case Details | | |
| --- | --- | --- |
| Case Number | | Next Court Date |
| File Date | 07-26-2011 | Next Court Location |
| Case Title | FIA CARD SERVICES NA -VS- TINA | Next Court Time |
| Agency | Clerks Office | Assigned Location |
| Legal Status | CLOSED | Address Change |
| Balance Due Amount | $0.00 | |

| Counts | Count Number | Count Description | Count Status |
| --- | --- | --- | --- |
| | 0001 | CONTRACT $5,000.01 - $10,000 | CLOSED |

| List of Case Events | | | |
| --- | --- | --- | --- |
| File Date | Count Number | Description | |
| 10-14-2011 (Six Weeks Later) | 0001 | CLOSING DISMISSAL | |



Book 2018 Page 79
Misc
02/02/2018 11:03:34 AM


Book 2018 Page 81
Misc
02/02/2018 11:03:34 AM

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate |
| 5B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | Seal |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A(1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate |
| 6B(1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | Seal |

### INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 273 (REV. 4/2013) **BACK**

Book 2018 Page 82
Misc
02/02/2018 11:03:34 AM

| **REINSURANCE AGREEMENT FOR A BONDS STATUTE PAYMENT BOND** <br>*(See Instructions on reverse)* | **OMB Control Number: 9000-0045** <br>**Expiration Date: 7/31/2019** |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1C8), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Hadiya Imani El Bey <br> Temporary Mailing Location: [(504) Ronaldman Road <br> Cleveland, Mississippi state Republic [38732]/TDC) <br> Non-Resident / Non-Domestic / Non-Assumpsit | 01/16/2018 |
| | 1B. STATE OF INCORPORATION <br> MISSISSIPPI/BC 123-56-00374 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
|---|---|
| CHARLINE KIRKLAND-BRANDON / RE 346 086 831 US <br> DEPOSITORY TRUST COMPANY <br> 55 WATER STREET, 1ST FLOOR <br> NEW YORK CITY, NEW YORK 10041 | $ 500,000 |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT    11/03/2017 |
| | 2C. STATE OF INCORPORATION <br> MISSISSIPPI/BC 123-56-00374 |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT <br> $398,000 | | 4A. PENAL SUM OF BOND <br> $500,000 | |
| 3B. CONTRACT DATE <br> 11/03/2017 | 3C. CONTRACT NUMBER <br> 4:17CR131 | 4B. DATE OF BOND <br> 01/16/2018 | 4C. BOND NUMBER <br> CKB-001 |
| 3D. DESCRIPTION OF CONTRACT <br><br> OMB CONTROL NO. 9000-0045 <br> CASE ACCOUNT NUMBER: 4:17CR131 <br> UNITED STATES DISTRICT COURT OF THE NORTHERN <br> DISTRICT OF MISSISSIPPI | | 4D. PRINCIPAL* <br><br> Hadiya Imani El Bey <br> Temporary Mailing Location: [(504) Ronaldman Road <br> Cleveland, Mississippi state Republic [38732]/TDC) <br> Non-Resident / Non-Domestic / Non-Assumpsit | |
| 3E. CONTRACTING AGENCY <br> U.S. DIST. COURT OF THE NORTH. DIST. OF MISSISSIPPI | | 4E. STATE OF INCORPORATION *(If Corporate Principal)* <br> MISSISSIPPI | |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under 40 U.S.C. chapter 31, subchapter III, Bonds, known as the Bonds Statute. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished or supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "Amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

**THEREFORE:**

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance;" and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance."

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.*      *(Over)*

| AUTHORIZED FOR LOCAL REPRODUCTION <br> Previous edition is usable | STANDARD FORM 274 (REV. 4/2013) <br> Prescribed by GSA - FAR (48 CFR) 53.228(f) |
|---|---|

Book 2018 Page 83
Misc
02/02/2018 11:03:34 AM

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by 40 U.S.C. 3133 may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges given in this paragraph to persons are in addition to or supplemental to or in accordance with other rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of either, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

**WITNESS:**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in Item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 5B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE | (2) ATTEST: SIGNATURE | Corporate Seal |
| 6B. (1) NAME AND TITLE *(Typed)* | (2) NAME AND TITLE *(Typed)* | |

### INSTRUCTIONS

**This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Bonds Statute payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).**

**Execute and file this form as follows:**

**Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.**

**One copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.**

**Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.**

Book 2018 Page 84
Misc
02/02/2018 11:03:34 AM

| REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES<br>*(See instructions on reverse)* | OMB Control Number: 9000-0045<br>Expiration Date: 7/31/2019 |
|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 25 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| Hadiya Imani El Bey<br>Temporary Mailing Location: ([504] Ronaldman Road<br>Cleveland, Mississippi state Republic [38732] TDC | 01/16/2018 |
| | 1B. STATE OF INCORPORATION |
| | MISSISSIPPI/BC 123-56-00374 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| CHARLINE KIRKLAND-BRANDON / RE 346 086 831 US<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET, 1ST FLOOR<br>NEW YORK CITY, NEW YORK 10041 | $500,000 |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT |
| | 11/03/2017 |
| | 2C. STATE OF INCORPORATION |
| | MISSISSIPPI/BC 123-56-00374 |

### 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND *(Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.)* | 3B. PENAL SUM OF BOND |
|---|---|
| OMB CONTROL NUMBER: 9000-0045<br>CASE ACCOUNT NUMBER: 4:17CR131<br>UNITED STATES DISTRICT COURT OF THE NORTHERN<br>DISTRICT OF MISSISSIPPI | $ 500,000 |

| 3C. DATE OF BOND | 3D. BOND NUMBER |
|---|---|
| 01/16/2018 | CKB-001 |

| 3E. PRINCIPAL* |
|---|
| Hadiya Imani El bey<br>Temporary Mailing Location: ([504 Ronaldman Road<br>Cleveland, Mississippi state Republic [38732] TDC)<br>Non-Resident / Non-Domestic / Non-Assumpsit |

| 3F. STATE OF INCORPORATION *(If Corporate Principal)* |
|---|
| MISSISSIPPI |

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

**THEREFORE:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**WITNESS**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above — written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition usable

**STANDARD FORM 275** (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(i)

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
| | | Corporate Seal |
| 4B.(1). NAME AND TITLE (Typed) | 4B.(2). NAME AND TITLE (Typed) | |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE | (2). ATTEST: SIGNATURE | |
| | | Corporate Seal |
| 5B.(1). NAME AND TITLE (Typed) | 5B.(2). NAME AND TITLE (Typed) | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

**STANDARD FORM 275** (REV. 10-98) **BACK**

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW 220

*PRIVATE*

**UNITED STATES TREASURY TRUST ACCOUNT**
**BILL OF EXCHANGE**

Policy: HJR 192 June 5, 1933
Tracking Number: CKB-001
Date: 01-23-2018

Pay to the Order of: THE U.S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI for $500,000.00
Further credit to UNITED STATES TREASURY

FOR: Five hundred thousand dollars USD                    00    **DOLLARS**

Charge Account No: 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
Exempt Priority Pre-Paid Account # E98397041
STRAWMAN, LEGAL ENTITY
ADDRESS

*Without Recourse, U.C.C. 3-402(b)(1)*
By: _Hadiya Imani El Bey_
Hadiya Imani El Bey, Beneficiary,
Authorized Representative, "As Good As Aval", Donor and Signatory for:
CHARLINE KIRKLAND-BRANDON, LEGAL ENTITY

**Original**
**Issue**

*Recommend:* IRS Technical Support Division
C/O The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Memo: Settlement & Discharge of:
PLEASE SEE ATTACHMENTS: 1040V, 1099A,
Cover Letter and Bill/Charge# 425045616

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

PLEASE REMOVE BEFORE DEPOSITING



Book 2018 Page 85.001
Misc
02/02/2018 11:03:34 AM

Washington County, MS
I certify this instrument was filed
on 02/02/2018 11:03:34 AM
and recorded in the
Misc
Book 2018 Page 12 - 85
Marilyn Hansell, Chancery Clerk

_J. Williams_ D.C.

RECEIVED

NOV 03 2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL CASE NO. 4:17CR 131
                                            18 U.S.C. § 1347
                                            U.S.C. § 1349

SCOTT E. NELSON
CHARLINE BRANDON
WENDELL BRANDON
ANNETTE LOFTON

PENALTIES

COUNT ONE

Not more than 10 years imprisonment – 18 U.S.C. §§ 1347 & 1349
Not more than $250,000 fine, or both – 18 U.S.C. § 3571 (b)(3)
Not more than 3 years supervised release – 18 U.S.C. § 3583 (b)(2)
$100 special assessment – 18 U.S.C. § 3013 (a)(2)(A)

### COUNTS TWO THROUGH THIRTEEN

Not more than 10 years imprisonment – 18 U.S.C. §§ 1347
Not more than $250,000 fine, or both – 18 U.S.C. § 3571 (b)(3)
Not more than 3 years supervised release – 18 U.S.C. § 3583 (b)(2)
$100 special assessment – 18 U.S.C. § 3013 (a)(2)(A)

and ANNETTE LOFTON, shall forfeit to the United States of America, pursuant to Title 18,

United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is

derived, directly or indirectly, from any proceeds traceable to the commission of the offenses.

    If any of the property as a result of any act or omission of the

defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section

982(b)(1), and Title 28, United States Code, Section 2461(c).


                             A TRUE BILL


                            _s/signature redacted_
                            FOREPERSON


ACTING UNITED STATES ATTORNEY

CERTIFIED STAMP
I hereby certify that the foregoing is a
true copy of the original thereof now in
my office.

Attest   11-3-17
           David Crews, Clerk

By   R. Capps
        Deputy Clerk

13

program, that is, Medicare, and to obtain money and property owned by and under the custody and control of Medicare, by means of false and fraudulent pretenses, representations, and promises, in connection with the delivery of and payment for health care benefits, items, and services; that is, DR. SCOTT NELSON certified each of the patients listed in the chart below as terminally-ill and qualified for hospice care, and in fact, the patients were not terminally-ill and qualified for hospice care, and as a result of DR. SCOTT NELSON'S certification, Defendants knowingly and willfully submitted fraudulent claims to Medicare and received payment based on false certifications and referrals, each patient constituting a count of this Indictment, in violation of Title 18, United States Code, Sections 2 and 1347.

| COUNT | HOSPICE PROVIDER | Patient | Claim Dates (Approx.) | Amount Paid by Medicare (Approx. Total) |
|-------|------------------|---------|----------------------|------------------------------------------|
| 11 | Zion | L.H. | 09/28/12-01/31/14 | $46,046 |
| 12 | Zion | D.J. | 09/05/13-03/03/14 | $23,688 |
| 13 | Zion | E.S. | 07/17/14-01/23/15 | $25,212 |

All in violation of Title 18, United States Code, Sections 2 and 1347.

## FORFEITURE NOTICE

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(7) and Title 18, United States Code, Sections 982(a)(1).

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1347 and 1349 set forth in this Indictment, the Defendants, DR. SCOTT NELSON, CHARLINE BRANDON, a.k.a. Hadiya Imani El Bey, WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey,

BRANDON, a.k.a. Hadiya Imani El Bey, and WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey, through Haven Hospice, North Haven Hospice and Lion Hospice, knowingly submitted fraudulent claims to Medicare and received payments from Medicare based on false certifications and referrals, each patient constituting a separate count of this Indictment, in violation of Title 18, United States Code, Sections 2 and 1347.

| COUNT | [hospice] | [initials] | Claim Dates (Approx.) | Amount Paid by Medicare (Approx. Total) |
|-------|-----------|------------|-----------------------|------------------------------------------|
| 2 | | | 08/12-02/05/13 | $23,712 |
| 3 | | | 08/14/12-02/09/13 | $23,725 |
| 4 | Haven | | 04/01/14-05/25/15 | $45,558 |
| 5 | Haven | | 07/24/12-01/13/13 | $22,887 |
| 6 | Haven | E.C. | 10/01/12-03/29/13 | $23,825 |
| 7 | North Haven | E.B. | 09/12/12-03/15/13 | $23,785 |
| 8 | North Haven | T.D. | 12/27/12-08/24/13 | $31,512 |
| 9 | Lion | M.B. | 03/05/13-09/12/13 | $24,976 |
| 10 | Lion | J.B. | 03/08/13-09/15/13 | $24,968 |

All in violation of Title 18, United States Code, Sections 2 and 1347.

## COUNTS ELEVEN THROUGH THIRTEEN
(Healthcare Fraud)

1.      The allegations contained in paragraphs 1 through 29 of Count One of this Indictment are re-alleged and incorporated herein.

2.      On or about the dates listed in the chart below, in the Northern District of Mississippi, defendants, DR. SCOTT NELSON and ANNETTE LOFTON, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and willfully execute a scheme and artifice, affecting interstate commerce, to defraud a health care benefit

11

| h. | North Haven | B.J.F. | 02/23/12-08/05/12 | $21,495 |
| i. | North Haven | T.D. | 12/27/12-08/24/13 | $31,51 |
| j. | Lion | M.B. | 03/05/13-09/12/13 | $2 |
| k. | Lion | | 03/08/13-09/15/13 | $24,968 |
| l. | Zion | | 11/09/13-01/31/14 | $9,762 |
| m. | Zion | | 09/05/13-03/03/14 | $23,688 |
| n. | | | 07/14-0 | $25,212 |

Section 1349.

**OUGH TEN**

(Fraud)

1.     The allegations contained in paragraphs 1 through 29 of Count One of this Indictment are re-alleged and incorporated herein.

2.     On or about the dates listed in the chart below, in the Northern District of Mississippi, defendants, DR. SCOTT NELSON, CHARLINE BRANDON, a.k.a. Hadiya Imani El Bey, and WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and willfully execute a scheme and artifice, affecting interstate commerce, to defraud a health care benefit program, that is, Medicare, and to obtain money and property owned by and under the custody and control of Medicare, by means of false and fraudulent pretenses, representations, and promises, in connection with the delivery of and payment for health care benefits, items and services; that is, DR. SCOTT NELSON certified each of the patients listed in the chart below as terminally-ill and qualified for hospice when in truth and in fact, the patients were not terminally-ill and did not qualify for hospice care, and as a result of DR. SCOTT NELSON'S certification, CHARLINE

10

| LION | Aug. 2013-Dec. 2014 | $6,910 |
| ZION | Dec. 2013-Dec. 2015 | $51,639 |
| SANDANNA | June 2013 | $28,401 |
| MILESTONE | | $9,483 |
| REVELATION | | $37,481 |

29. As described in the foregoing, DR. SCOTT NELSON falsely certified the listed patients as terminally-ill and hospice appropriate when in truth and in fact, the listed patients were not terminally-ill and not hospice appropriate. CHARLINE BRANDON, WENDELL BRANDON and ANNETTE LOFTON, through the hospice providers as listed, then submitted fraudulent claims for reimbursement to Medicare on or about the dates listed for alleged hospice services based on DR. SCOTT NELSON'S false certifications. Each false certification by DR. SCOTT NELSON and subsequent billing by the hospice provider represents a separate overt act in furtherance of the conspiracy:

|  | HOSPICE PROVIDER | Patient | Claim Dates (Approx.) | Amount Paid by Medicare (Approx. Total) |
|---|---|---|---|---|
| a. | Haven | M.A. | 08/08/12-02/05/13 | $23,712 |
| b. | Haven | E.T. | 08/14/12-02/09/13 | $23,725 |
| c. | Haven | C.L. | 08/20/12-11/20/12 | $12,222 |
| d. | Haven | F.M. | 04/01/14-05/25/15 | $45,558 |
| e. | Haven | L.S. | 07/24/12-01/13/13 | $22,887 |
| f. | Haven | E.C. | 10/01/12-03/29/13 | $23,825 |
| g. | North Haven | E.B. | 09/12/12-03/15/13 | $23,785 |

9

25.     It was part of the conspiracy that DR. SCOTT NELSON, in addition to his monthly medical director's fee, received numerous payments from hospice providers for patient co-pays and past due amounts owed by the patients.

26.     It was further part of the conspiracy that DR. SCOTT NELSON served as the medical director for numerous hospice providers, including but not limited to: Angelic Hospice and Palliative Care; Fellowship Hospice and Palliative Care, Inc.; Word of Deliverance Hospice and Palliative Care; Priority Hospice, LLC; Carols Hospice & Palliative Services of Mississippi, LLC; Hope Medical, LLC; and Mid-Delta Hospice, Inc.

**Overt Acts**

27.     During and in furtherance of the conspiracy and to affect the objects of the conspiracy, at least one of the co-conspirators committed at least one of the following overt acts on or about the dates listed.

28.     From on or about dates set forth in the chart below, DR. SCOTT NELSON received payments from Genesis Hospice, Haven Hospice, North Haven Hospice, Lion Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice, and Revelation Hospice in return for his certification and referral of patients to those hospices who were not hospice appropriate and not actually terminally-ill. As set forth in the chart below, each payment to DR. SCOTT NELSON was a separate overt act in furtherance of the conspiracy.

| HOSPICE PROVIDER | DATE RANGE | AMOUNT PAID TO DR. NELSON |
|------------------|------------|---------------------------|
| GENESIS | Aug. 2005-June 2013 | $129,316 |
| HAVEN | Feb. 2013-Sept. 2015 | $27,139 |

8

Lion Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice and Revelation Hospice would submit fraudulent claims to Medicare and Medicaid and receive payments from Medicare and Medicaid based on his false certifications and referrals.

21.    It was part of the conspiracy that CHARLINE BRANDON closed Genesis Hospice in order to avoid paying back more than $1 million in overpayment demands to Medicare. Subsequently, CHARLINE BRANDON operated Haven Hospice, North Haven Hospice, Lion Hospice and North Lion Hospice, along with WENDELL BRANDON, and continued to operate in a way that was essentially identical to Genesis Hospice.

22.    It was part of the conspiracy that CHARLINE BRANDON and WENDELL BRANDON, through Haven Hospice, North Haven Hospice and Lion Hospice then fraudulently submitted claims to Medicare and Medicaid for hospice services that were not medically necessary and for services not actually provided for patients who had been falsely certified as terminally-ill by DR. SCOTT NELSON.

23.    It was part of the conspiracy that Roesha Sanders, who is not charged in this Indictment, assisted CHARLINE BRANDON as the director of marketing for her hospice operation, managing hospice employees who collected names and identifying information and solicited patients for Haven Hospice, North Haven Hospice, Lion Hospice and North Lion Hospice that were not hospice appropriate. Hospice employees, under the direction of Roesha Sanders, often transported the patients directly to DR. SCOTT NELSON.

24.    It was part of the conspiracy that ANNETTE LOFTON, through Zion Hospice, fraudulently submitted claims to Medicare for hospice services that were not medically necessary and for services not actually provided for patients who had been falsely certified as terminally ill by DR. SCOTT NELSON.

7

18.     From on or about September 2012 to on or about February 2015, ANNETTE LOFTON, through Zion Hospice, submitted claims for reimbursement to Medicare for hospice services that resulted in the total payment of approximately $2,237,509 in Medicare funds to Zion Hospice.

### The Conspiracy to Defraud Medicare and Medicaid

19.     From on or about _____ through on or about March 2015, in the Northern District of Mississippi, _____, DR. SCOTT NELSON, WENDELL BRANDON, CHARLINE BRANDON and ANNETTE LOFTON, did knowingly and willfully conspire and agree with each other, with Sandra Livingston, Lara Lynn Thompson and Andre Kirkland, who are not charged in this Indictment, and others known and unknown to the Grand Jury, to execute a scheme and artifice, affecting interstate commerce, to defraud a health care benefit program, that is, Medicare and Medicaid, and to obtain money and property owned by and under the custody and control of Medicare and Medicaid, by means of false and fraudulent pretenses, representations, and promises, in connection with the delivery of and payment for health care benefits, items and services, in violation of Title 18, United States Code, Section 1347 and 1349.

### Manner and Means

20.     It was part of the conspiracy that DR. SCOTT NELSON certified numerous patients as terminally ill and qualified for hospice when in truth and in fact, the patients were not terminally-ill and did not qualify for hospice care. At the time he certified the patients, DR. SCOTT NELSON knew that CHARLINE BRANDON, WENDELL BRANDON, ANNETTE LOFTON, named defendants, and Sandra Livingston, Andre Kirkland, and others, not named as defendants in this Indictment, through Genesis Hospice, Haven Hospice, North Haven Hospice,

6

| HOSPICE | DATE RANGE | MEDICARE AMT PAID FOR PATIENTS CERTIFIED/REFERRED BY DR. NELSON |
|---------|-----------|------------------------------------------------------------------|
| GENESIS | 1/1/05-1/23/11 | $2,366,655 |
| SANDANNA | | $4,602,705 |
| MILESTONE | | $270,139 |
| NORTH | | $2,580,206 |
| HAVEN | | $2,628,229 |
| LION | | $1,103,284 |
| ZION | 6/17/13-2/28/15 | $1,355,228 |
| REVELATION | 12/29/10-12/31/13 | $720,506 |

16.     From on or about January 2005 through on or about March 2011, CHARLINE BRANDON, through Genesis Hospice, submitted claims for reimbursement to Medicare for hospice services that resulted in the total, combined payment of approximately $31,784,254 in Medicare funds.

17.     From on or about September 2010 through on or about March 2015, CHARLINE BRANDON and WENDELL BRANDON, through Haven Hospice, North Haven Hospice, Lion Hospice and North Lion Hospice, submitted claims for reimbursement to Medicare for hospice services that resulted in the total, combined payment of approximately $11,940,177 in Medicare and the total, combined payment of approximately $2,917,247 in Medicaid funds.

5

12.    To qualify for hospice care under Medicare and Medicaid, a patient must be certified by a physician as terminally ill with a life expectancy of six months or less if the terminal condition runs its normal course. At the end of a 90-day enrollment period, a physician may re-certify a patient for hospice if the patient remained terminally ill.

13.    Genesis Hospice, Haven Hospice, North Haven Hospice, Lion Hospice, North Lion Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice, and Revelation Hospice, as purported hospice providers, submitted claims and received payments from Medicare. Genesis Hospice, Haven Hospice, North Haven Hospice, Lion Hospice, North Lion Hospice, Sandanna Hospice, and Revelation Hospice submitted claims and received payments from Medicaid.

14.    DR. SCOTT NELSON falsely certified patients as terminally ill and qualified for hospice services and referred patients to Genesis Hospice, Haven Hospice, North Haven Hospice, Lion Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice, and Revelation Hospice, which allowed the aforementioned hospice providers to bill Medicare and Medicaid and receive payments from Medicare and Medicaid related to those patients.

15.    As described in the chart below, from on or about the dates listed, Genesis Hospice, Haven Hospice, North Haven Hospice, Lion Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice, and Revelation Hospice, submitted claims for reimbursement to Medicare and received payment, based on DR. SCOTT NELSON'S false certification and referral that patients were hospice appropriate and terminally-ill:

4

Hospice applied for and received a Medicare provider number to purportedly provide hospice services in the Northern District of Mississippi.

## The Medicare / Medicaid Programs and Hospice Care

8.      The Centers for Medicare and Medicaid Services (CMS), a federal agency within the United States Department of Health and Human Services, was a department of the United States government, responsible under federal law for the funding, administration and supervision of federal healthcare programs, including the Medicare and Medicaid programs. Medicare and Medicaid were "federal healthcare programs" as defined in 18 U.S.C. § 24(b).

9.      Medicare was a federalized health insurance program that provided coverage for individuals 65 years or older and for certain disabled individuals. Medicare was financed by federal funds from payroll taxes and premiums paid by beneficiaries.

10.     The Medicare program consisted of several parts, one of which, relevant to this Indictment, was referred to as "Part A" hospital insurance, which covered inpatient care in hospitals, nursing homes and skilled nursing facilities. If certain requirements were met, Part A also covered hospice care.

11.     The Medicaid Program was a joint Federal and State funded health insurance program that was administered by the State Division of Medicaid. Medicaid provided medical care to low income individuals and certain others with disabilities. Although Medicaid was a federal program, private insurance organizations called intermediaries and carriers contracted with CMS to process and pay claims submitted by health care providers. Under certain conditions, Medicaid would pay claims for hospice care.

3

3.     WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey, defendant, was the nominal owner of Haven Hospice & Palliative Care, LLC (hereinafter "Haven Hospice"), North Haven Hospice & Palliative Care, LLC (hereinafter "North Haven Hospice"), Lion Hospice & Palliative Care, LLC (hereinafter "Lion Hospice") and North Lion Hospice & Palliative Care, LLC (hereinafter "North Lion Hospice"). Haven Hospice, North Haven Hospice, Lion Hospice and North Lion Hospice each served a Medicare provider number and a Medicaid provider number to purportedly provide hospice services in Mississippi.

4.     CHARLINE BRANDON, a.k.a. Omari El Bey, defendant, although not listed as the owner in corporate filings with Medicare, was the actual owner and the person primarily responsible for the operation of Haven Hospice, North Haven Hospice, Lion Hospice and North Lion Hospice.

5.     ANNETTE LOFTON, defendant, owned and operated Zion Hospice. Zion Hospice applied for and received a Medicare provider number to purportedly provide hospice services in the Northern District of Mississippi.

6.     Sandra Livingston, who is not charged in this Indictment, owned and operated Sandanna Hospice, Inc. and Milestone Hospice, Inc. Both Sandanna and Milestone applied for and received a Medicare provider number to purportedly provide hospice services in the Northern District of Mississippi. Sandanna received a Medicaid provider number. Lara Lynn Thompson, who is not charged in this Indictment, was employed by Sandra Livingston at both Sandanna Hospice and Milestone Hospice.

7.     Andre Kirkland, who is not charged in this indictment, owned and operated Revelation Hospice & Palliative Care, LLC (hereinafter "Revelation Hospice"). Revelation

2



FILED

NOV 03 2017

DAVID CREWS, CLERK
BY _____
                    Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                          CRIMINAL CASE NO. 4:17CR131

                                            18 U.S.C. § 1347
SCOTT E. NELSON                             18 U.S.C. § 1349
CHARLINE BRANDON, a.k.a. Hadiya Imani El Bey
WENDELL BRANDON, a.k.a. Omari Ibrahim El Bey
ANNETTE LOFTON

**INDICTMENT**

The Grand Jury charges that:

**Count One**
(Healthcare Fraud Conspiracy)

**Introduction**

At all times relevant herein:

1.      DR. SCOTT NELSON, defendant, was a medical doctor in Cleveland,

Mississippi and served as a medical director for Haven Hospice, North Haven Hospice, Lion

Hospice, Zion Hospice, Milestone Hospice, Sandanna Hospice and Revelation Hospice. DR.

SCOTT NELSON was an enrolled provider for Medicare and Medicaid.

2.      CHARLINE BRANDON, a.k.a. Hadiya Imani El Bey, owned and operated

Genesis Hospice Care, Genesis Hospice Care of Indianola, and Genesis Hospice Care –

Batesville (hereinafter collectively referred to as "Genesis Hospice"). Genesis Hospice applied

for and received a Medicare and Medicaid provider number to purportedly provide hospice

services in the Northern District of Mississippi.

1

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**
**VITAL RECORDS**

ADS-2724974-1-4

12737638

DEPARTMENT OF HEALTH,
EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE

CERTIFICATE OF LIVE BIRTH
STATE OF MISSISSIPPI

STATE FILE NUMBER 143. 56. 00374

REGISTRAR'S NUMBER 25

RECEIVED
IN V. S. DIV.
JAN 25 1956

06 X
06 X
X
2

1
8
2

1. PLACE OF BIRTH a. COUNTY BOLIVAR

2. USUAL RESIDENCE OF MOTHER a. STATE MISS. b. COUNTY BOLIVAR

b. CITY, TOWN c. CITY, TOWN OR LOCATION GUNNISON

Last KIRKLAND

a. DATE Month Jan. Day 15 Year 1956

Girl

8. COLOR OR RACE

12. MAIDEN NAME First Lola V... Last Kirkland

13. COLOR OR RACE C

14. AGE 30 YEARS 15. BIRTHPLACE MISSISSIPPI

16. PREVIOUS DELIVERIES TO MOTHER
OTHER LIVING 1 — OTHER 0 — 0

17. INFORMATION GIVEN BY MOTHER

18. MOTHER'S MAILING ADDRESS
Box 3_, Gunnison, Mississippi

19a. SIGNATURE W. C. Moore, M.D.

19b. ATTENDANT AT BIRTH M.D. ☒

19c. ADDRESS ROSEDALE, MISSISSIPPI

19d. DATE SIGNED 1-18-56

20. DATE REC'D. BY LOCAL REG. 1-24-56

21. REGISTRAR'S SIGNATURE Mrs. T. L. Eaton

22. DATE ON WHICH GIVEN NAME ADDED

23a. LENGTH OF PREGNANCY 40 COMPLETED WEEKS

23b. WEIGHT AT BIRTH 8 LB.

Lula Kirkland

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

FILE NAME: 195600037400
DATE ISSUED: OCTOBER 5, 2017

Judy Moulder
Judy Moulder
STATE REGISTRAR

WARNING: A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW
THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.



Hadujia Amani El Bey
authorized Rep for CHARLINE BRANDON
Temporary Mailingaddress (504 Ronaldreen Rd
Cleveland, Mississippi state Republic {38732} TDC)

REGISTERED MAIL
UNITED STATES POSTAL SERVICE ®

RE 346 088 695 US

PSN 7690-03-000-9311

Label 200, August 2005

X-RAYED

Attention: The Clerk
United States District Court
for Northern District of Mississ...
911 Jackson Ave East

Oxford, MS 38655 U.S





1006

38655

U.S. POSTAGE
PAID
CLEVELAND, MS
38732
FEB 13 18
AMOUNT
$19.05
R2305K132097-02