**RECEIVED**

APR 16 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Secured Party/Creditor

**Hadiya Imani El Bey**
UCC Filed #20172410781A
Date Filed: 09/28/2017 2:38:54 PM
Temporary Mailing Location: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
Non-Resident / Non-Domestic / Non-Assumpsit

Book 2018 Page 12
Misc
02/02/2018 11:03:34 AM
Washington County, MS
Marilyn Hansell, Chancery Clerk

January 23, 2018

 2018006797

PRESENTED 02-02-2018 03:25:48 PM    RECORDED: 02-02-2018 03:31:11 PM

In Official Records of Larry Crane Circuit/County Clerk
PULASKI CO. AR FEE $215.00

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

RE:    INDICTMENT CRIMINAL CASE NO. 4:17CR131
SCHEDULED COURT PROCEEDING,

Please enter this into the file.

## Notice of Special Visitation

Notice is hereby given that I, Hadiya Imani El Bey, a living, breathing woman, invoke Special Visitation rights as titled Super Plaintiff/Respondent and that I have a superior claim in the matter at hand. Now and forever I am a sovereign, and I reserve all of my unalienable rights.

Please be advised that I, Hadiya Imani El Bey, the creditor, am the Authorized Representative and the Executor for the STRAWMAN, CHARLINE KIRKLAND-BRANDON, the debtor, I will be there as a *tertius interveniens* in the above referenced matter. I will be there only as a third-party intervenor in what I see as a dispute of Title, to conduct my public business as the Holder-In-Due-Course of the STRAWMAN charged.

I am the Creditor and Secured Party with regard to the person charged, and the documents enclosed and in the file, verify that I have already discharged the obligation in this matter, and that the Plaintiff has no superior claim.

Based on these facts and the supporting documents in evidence, I will request and do request that the account be adjusted, the case be closed, and the order of the Court be released to me immediately.

*Hadiya Imani El Bey*
Hadiya Imani El Bey
enclosures

Hadiya Imani ELBey
Temporary Mailing Location:
[504 Ronaldman Road
Cleveland, Mississippi, State Republic [38732]
Non-Resident/Non Domestace/Non-Assumpsit

United States District Court for the Northern
District of Mississippi'
Attention file clerk.
Federal Building Room 369
U.S. District Court of Mississippi
911 Jackson Avenue East
Oxford, MS 38655



7017 1070 0000 7042 0444

U.S. POSTAGE
PAID
CLEVELAND, MS
38732
APR 13, 18
AMOUNT
$4.45
R2305K132147-06

UNITED STATES
POSTAL SERVICE®
1000

338655

Date 4/9/2018

**RECEIVED**

APR 16 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United States District Court of Northern
District of Mississippi
911 Jackson Avenue East
Oxford, Mississippi 38655


Hadiya Imani El Bey
Authorized Rep. For CHARLINE BRANDON
[504] Ronaldman Road
Cleveland, Mississippi state Republic [38732]
Non- Resident -Non- Domestic/ Non – Assumpsit


RE: Enclosed document

These Forms 1099A and 1099 B copy enclosed and notice that the IRS received filing of such
From.  Copy B of 1099A and 1099B are enclosed.

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLINE BRANDON<br>504 Ronaldman, Rd<br>Cleveland, Mississippi<br>38732 | | OMB No. 1545-0877<br><br>2017<br><br>Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number<br>425045616 | BORROWER'S identification number | **1** Date of lender's acquisition or knowledge of abandonment<br>11/3/2017 | **2** Balance of principal outstanding<br>$ | **Copy B**<br>**For Borrower** |
| BORROWER'S name United States District Court of Northern District of Mississippi | | **3** | **4** Fair market value of property<br>$ 500,000.00 | This is important tax information and is being furnished to the Internal Revenue Service. If you |
| Street address (including apt. no.)<br>911 Jackson Avenue East | | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | | are required to file a return, a negligence penalty or other |
| City or town, state or province, country, and ZIP or foreign postal code<br>Oxford, Mississippi 38655 | | **6** Description of property<br>CASE No 4.17CR131 | | sanction may be imposed on you if taxable income results from this transaction and the IRS determines |
| Account number (see instructions)<br>E9839704I | | | | that it has not been reported. |

Form **1099-A**  (keep for your records)  www.irs.gov/form1099a  Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877<br><br>2017<br><br>Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number | BORROWER'S identification number | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding<br>$ | **Copy B**<br>**For Borrower** |
| BORROWER'S name | | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you |
| Street address (including apt. no.) | | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☐ | | are required to file a return, a negligence penalty or other |
| City or town, state or province, country, and ZIP or foreign postal code | | **6** Description of property | | sanction may be imposed on you if taxable income results from this transaction and the IRS determines |
| Account number (see instructions) | | | | that it has not been reported. |

Form **1099-A**  (keep for your records)  www.irs.gov/form1099a  Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877<br><br>2017<br><br>Form 1099-A | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number | BORROWER'S identification number | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding<br>$ | **Copy B**<br>**For Borrower** |
| BORROWER'S name | | **3** | **4** Fair market value of property<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you |
| Street address (including apt. no.) | | **5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☐ | | are required to file a return, a negligence penalty or other |
| City or town, state or province, country, and ZIP or foreign postal code | | **6** Description of property | | sanction may be imposed on you if taxable income results from this transaction and the IRS determines |
| Account number (see instructions) | | | | that it has not been reported. |

Form **1099-A**  (keep for your records)  www.irs.gov/form1099a  Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| CHARLINE BRANTON [so4] Ronaldman Road Cleveland, MS [38732] | | 2017 Form 1099-B | |
| | **1a** Description of property (Example 100 sh. XYZ Co.) Hudiya Imani El Bey Authorized Rep | | CHARLINE BRANTON |
| | **1b** Date acquired | **1c** Date sold or disposed | **Copy B** |
| PAYER'S federal identification number  RECIPIENT'S identification number | **1d** Proceeds $500,000.00 | **1e** Cost or other basis $ | **For Recipient** |
| 425045616 | **1f** Accrued market discount $ | **1g** Wash sale loss disallowed $ | |
| RECIPIENT'S name United States District court of Northern District MS | **2** Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | **3** If checked, basis reported to IRS ☐ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 911 Jackson Avenue East | **4** Federal income tax withheld $ | **5** If checked, noncovered security ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code Oxford, Mississippi 38655 | **6** Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions) CASE NO4.17CR131 | **8** Profit or (loss) realized in 2017 on closed contracts $ | **9** Unrealized profit or (loss) on open contracts—12/31/2016 $ | |
| CUSIP number E98397041  FATCA filing requirement ☐ | **10** Unrealized profit or (loss) on open contracts—12/31/2017 $ | **11** Aggregate profit or (loss) on contracts $ | |
| **14** State name  **15** State identification no.  **16** State tax withheld $  $ | **12** Check if proceeds from collectibles ☐ | **13** Bartering $5,000,000.00 | |

Form **1099-B**  (Keep for your records)  www.irs.gov/form1099b  Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|
| | | 2017 Form 1099-B | |
| | **1a** Description of property (Example 100 sh. XYZ Co.) | | |
| | **1b** Date acquired | **1c** Date sold or disposed | **Copy B** |
| PAYER'S federal identification number  RECIPIENT'S identification number | **1d** Proceeds $ | **1e** Cost or other basis $ | **For Recipient** |
| | **1f** Accrued market discount $ | **1g** Wash sale loss disallowed $ | |
| RECIPIENT'S name | **2** Short-term gain or loss ☐ Long-term gain or loss ☐ Ordinary ☐ | **3** If checked, basis reported to IRS ☐ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | **4** Federal income tax withheld $ | **5** If checked, noncovered security ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | **6** Reported to IRS: Gross proceeds ☐ Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| Account number (see instructions) | **8** Profit or (loss) realized in 2017 on closed contracts $ | **9** Unrealized profit or (loss) on open contracts—12/31/2016 $ | |
| CUSIP number  FATCA filing requirement ☐ | **10** Unrealized profit or (loss) on open contracts—12/31/2017 $ | **11** Aggregate profit or (loss) on contracts $ | |
| **14** State name  **15** State identification no.  **16** State tax withheld $  $ | **12** Check if proceeds from collectibles ☐ | **13** Bartering $ | |

Form **1099-B**  (Keep for your records)  www.irs.gov/form1099b  Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

*(Instructions continued on the back of Copy 2.)*

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Applicable check box on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D, and which check box is applicable. See the instructions for your Schedule D and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D, or Pub. 550 for details.

*(Instructions continued on the back of Copy 2.)*

7017 1070 0000 7042 0451

U.S. POSTAGE
PAID
CLEVELAND, MS
38732
APR 13, 18
AMOUNT
$4.45
R2305K13214-06
1000
38655

Fannye
Temporary Mailing Location
[504] Ronaldman Road
Cleveland, Mississippi, State Republic [38732]
Non - Resident / Non Domestic / Non-Assumpsit

United States District Court for the
Northern District of Mississippi
Attention file Clerk
federal Building Room 369
U. S. District Court of Mississippi
911 Jackson Avenue East
Oxford, MS 38655



# RECEIVED

## APR 16 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Book 2018 Page 31
Misc
02/02/2018 11:03:34 AM

January 23, 2018

Hadiya Imani El Bey
Non-Resident / Non-Domestic / Non-Assumpsit / TDC:
In Care of: ([504] Ronaldman Road
Cleveland, Mississippi state Republic [38732] TDC)
a temporary mailing location

Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS
Fed. Bldg. Room 369 THE U.S. DISTRICT COURT OF MISSISSIPPI. 911 Jackson Ave. East
Oxford, MS 38655

Re: CHARLINE KIRKLAND-BRANDON©™, ACCOUNT NO. 425045616

# Appointment of Fiduciary

I, **Hadiya Imani El Bey** "Third Party Interest Intervener," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as **CHARLINE KIRKLAND-BRANDON©™**, or any alphabetical or numerical variation thereof, nunc pro tunc, said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Hadiya Imani El Bey,** "Third Party Interest Intervener," hereby nominate and do appoint Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS, as being qualified to fulfill the position of **"Fiduciary Creditor" and Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by We the **People**, through their original Organic Constitution(s).

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of **Hadiya Imani El Bey, "Third Party Interest Intervener,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred in all-capital-letter-assemblages, the same shall be by order of *Hadiya Imani El Bey,* **"Third Party Interest Intervener"** or other delegated appointee of *Hadiya Imani El Bey,* **"Third Party Interest Intervener,"** including assignments for or on behalf of the principal, **CHARLINE KIRKLAND-BRANDON©™, 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** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Book 2018 Page 32
Misc
02/02/2018 11:03:34 AM

**Fiduciary Creditor, Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS,** is hereby authorized to use the private exemption of *Hadiya Imani El Bey*,i.e. **CHARLINE KIRKLAND-BRANDON©™, 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** for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers **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**, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. Michael P. Mills dba DISTRICT JUDGE MICHAEL P. MILLS is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. I, *Hadiya Imani El Bey,* "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

**DUTIES OF THE FIDUCIARY**
The Principal hereby directs the Fiduciary to perform the following duties within ten (10) days of the postmark of this Contract:
(1) Pursuant to the Form 91, the Fiduciary is hereby directed to use the personal property released from escrow exclusively for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account.
(2) The Fiduciary is hereby directed to settle, setoff, and/or discharge any and all debts, obligations, or liabilities associated with the Account.
(3) The Fiduciary is hereby directed to negotiate, endorse, and/or ledger the Instruments for the settlement, setoff, and/or discharge of any and all debts, obligations, or liabilities associated with the Account for the benefit of the Beneficiary.
(4) The Fiduciary is hereby directed to ledger the Information Return against the Account for the Financial Institution.
(5) The Fiduciary is hereby directed to issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal.
(6) The Fiduciary is hereby directed to release any and all funds and/or assets remaining after the setoff, settlement and closure of the Account to the Principal.

**ACCEPTANCE AND REFUSAL**
This Contract shall be deemed accepted by the Fiduciary if a refusal to the appointment, authorities, and duties is not received by the Principal at the address given above within ten (10) days of the postmark of this Contract. Any refusal of this Contract must be accompanied by a sworn affidavit, signed under penalty of perjury, and stating that the Fiduciary does NOT have the capacity, authority, obligation, and duty to:
(1) Setoff, settle and close the Account.
(2) Accept an appointment as a fiduciary.
(3) Negotiate, endorse, or ledger the Instruments against the Account for the benefit of the Beneficiary.
(4) Perform the duties as the custodian pursuant to the Form 91.
(5) Ledger the Information Return against the Account held by the Financial Institution for the benefit of the Beneficiary.
(6) Issue a Statement of Account showing a Zero ($0.00) dollars balance for the Account to the Principal. If the Fiduciary needs additional time to perform the duties set forth in this Contract,

Book 2018 Page 43
Misc
02/02/2018 11:03:34 AM

the Fiduciary may request said additional time by written request to the Principal within ten (10) days from the postmark of this Contract and said request must provide good cause. Any requests for additional time shall not exceed thirty (30) days from the postmark of this Contract. The Principal reserves the right to deny any requests for additional time.

## LIABILITY OF THE FIDUCIARY

The Fiduciary's failure to perform the duties set forth in this Contract, within the time allotted to perform said duties, will comprise the Fiduciary's agreement to the following:

(1) The Fiduciary waives all rights, defenses, and immunities.

(2) The Fiduciary accepts personally liability up to ten (10) times the face value of the Instruments.

(3) The Fiduciary accepts the filing of the IRS Form 3949a, Information Referral, with the Internal Revenue Service for the Fiduciary's violation of income tax law.

(4) The Fiduciary accepts the filing of any documents and public records reporting the lien right of the Principal in relation to the Fiduciary's breach of this Contract.

(5) The Fiduciary accepts that the Fiduciary's public hazard bond and/or limited liability insurance policy shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

(6) The Fiduciary accepts that the Fiduciary's real property, personal property, fixtures, and accounts shall be surety for any liens or levies executed by the Principal for the Fiduciary's breach of this Contract.

I, *Hadiya Imani El Bey*, "Third Party Interest Intervener" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without the United States.

*Hadiya Imani El Bey*

**Hadiya Imani El Bey, Third Party Interest Intervener,**
Authorized Agent For: **CHARLINE KIRKLAND-BRANDON©™, (enslegis)**

_____
Right Thumb Print

_____1/31/18_____
Date

Book 2018 Page 44
Misc
02/02/2018 11:03:34 AM

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |
|---|---|

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **CHARLINE KIRKLAND-BRANDON™©®** | **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** | : : |

Address of person for whom you are acting (number, street, and room or suite no.)
**C/O 1500 PENNSYLVANIA AVENUE, N.W.**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**WASHINGTON, D.C. 20220**

Fiduciary's name
**DISTRICT JUDGE MICHAEL P. MILLS|**

Address of fiduciary (number, street, and room or suite no.)
**Federal Building Room 369, THE U. S. DISTRICT COURT DISTRICT OF MISS. 911 Jackson Avenue East**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **Oxford, MS 38655** | ( ) |

| Part II | Authority |
|---|---|

1   Authority for fiduciary relationship. Check applicable box:

a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . .   (2) Date of death ..........................

b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . .   (2) Date (see instructions) ..................

c   ☐ Valid trust instrument and amendments

d   ☑ Other. Describe ▶ **Appointment of Fiduciary** ....................................................................................

| Part III | Nature of Liability and Tax Notices |
|---|---|

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ ............................................

3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ ...................................................................

4   Year(s) or period(s) (if estate tax, date of death) ▶ ........................................................................

5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for all items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for some (but not all) of the items described on lines 2, 3, and 4, check here ▶   ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable ...........................................................................................................

| Part IV | Revocation or Termination of Notice |
|---|---|

### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe ▶

### Section B—Partial Revocation

8a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐

b   Specify to whom granted, date, and address, including ZIP code.
▶ ..........................................................................................................................

### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . ▶ ☐
▶ ..........................................................................................................................

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**     Cat. No. 16375I     Form **56** (Rev. 7-2004)

BOOK 2018 Page 45
Misc
02/02/2018 11:03:34 AM

Form 56 (Rev. 7-2004)                                                                                    Page **2**

| **Part V** | **Court and Administrative Proceedings** | | |
|---|---|---|---|
| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency): **THE U. S. DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI** | | Date proceeding initiated | |
| Address of court **911 Jackson Avenue East** | | Docket number of proceeding **4:17CR131** | |
| City or town, state, and ZIP code **Oxford, MS 38655** | Date | Time | Place of other proceedings |

| **Part VI** | Signature *Hadia Imani El Bey /Authorized Rep.CHARLINE BRANDON*  3/9/18 |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

| Please Sign Here | ▶ _____ Fiduciary's signature | **DISTRICT JUDGE** _____ Title, if applicable | _____ Date |
|---|---|---|---|

Form **56** (Rev. 7-2004)

Hadiya Imani El Bey
NON-Resident/NON-Domestic/NON-Assumpsit
In Care of [544 Ronaldman Road
Cleveland, Mississippi State Republic
[38732] TDC]

7017 1070 0000 7042 0482

U.S. POSTAGE
PAID
CLEVELAND, MS
38732
APR 13, 18
AMOUNT
$4.66
R2305K132147-06

1000    38655

Michael P. Mills dba District Judge
Michael P. Mills
Fed. Bldg. Room 369 District Court of
Mississippi
911 Jackson Ave. East
Oxford, MS 38655