IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES - GENERAL

No. 4:17-CR-131-2

Style: UNITED STATES OF AMERICA V. CHARLINE BRANDON

Place Held: Greenville, Mississippi

Date & Time Began:  October 10, 2018, 11:00 a.m.
Date & Time Ended:  October 10, 2018, 11:38 a.m.

TOTAL TIME: 38 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan Alford |
| Courtroom Deputy | Official Court Reporter |
| | |
| FOR THE GOVERNMENT: | FOR THE DEFENDANT: |
| Clayton A. Dabbs | John H. Daniels, III |
| | Arnulfo U. Luciano |
| U.S. PROBATION: | Gaines S. Dyer |
| Andrew Fountain | |
| Darius Jenkins | |

Proceedings:
Waiver of Indictment Filed _____    Indictment Filed _____    Information Filed _____

Plead Defendant:    CHARLINE BRANDON

GUILTY                    NOT GUILTY                NOLO CONTENDERE
<u>Count 1 of the Indictment</u>        _____        _____

Released on Bond: _____

Bond Set: _____

Bond Continued __X__

Remanded to Custody of U.S. Marshal: _____

Set for Sentencing:    01/29/2019

Remarks:

DAVID CREWS, Clerk of Court

By: <u>/s/ Rita Thomas</u>
Rita Thomas, Courtroom Deputy