## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 4:17-CR-131-DMB-JMV |
| v. ) | |
| ) | 4:17-CR-131-DMB-JMV-1 (Nelson) |
| SCOTT E. NELSON, CHARLINE ) | 4:17-CR-131-DMB-JMV-2 (C. Brandon) |
| BRANDON, WENDELL BRANDON ) | 4:17-CR-131-DMB-JMV-3 (W. Brandon) |
| and ANNETTE LOFTON ) | 4:17-CR-131-DMB-JMV-4 (Lofton) |
| ) | |

## JOINT MOTION FOR CONTINUANCE

**COME NOW** THE Defendant, Scott E. Nelson, by and through his undersigned attorney, and the United States of America, by and through the United States Attorney, and move the Court for a continuance of the above-styled and numbered cause, and in support thereof would show as follows:

1. That this matter is currently set for trial on June 10, 2019, before the Honorable Debra M. Brown, United States District Judge for the Northern District of Mississippi.

2. The parties anticipate that this trial will take approximately three weeks, if not longer, to complete.

3. The Movants herein believe that it would be in the best interest of both Defendant herein, Scott E. Nelson, and the United States of America that this matter be moved to a later date to allow for a complete presentation of all of the relevant evidence herein.

4. In light of the above, Movants herein pray that this matter be continued to a date both convenient with the Court and the parties herein.

5. The Movants herein further request that the subpoenas previously issued for the June 10, 2019 trial date in the above-styled and numbered cause be held over by the Court for the

new trial setting without the necessity of either the Defendant or the Government being required to reissue said subpoenas.

**Respectfully submitted,** this, the 25th day of April, 2019.

| | |
|---|---|
| /s/ *Clayton A. Dabbs* | /s/ *Philip Mansour, Jr.* |
| Clayton A. Dabbs, Esq. | Philip Mansour, Jr. |
| Assistant United States Attorney | MANSOUR & ADAMS |
| Mississippi Bar No. 101537 | 143 North Edison Street |
| 900 Jefferson Avenue | P. O. Box 1406 |
| Oxford, MS 38655 | Greenville, MS 38702-1406 |
| Phone: (662) 234-3351 | Phone: (662) 378-2244 |
| Fax: (662) 234-0657 | Fax: (662) 378-2246 |
| Email: clay.dabbs@usdoj.gov | Email: phil@mansouradams.com |
| | *Attorney for Defendant, Scott E. Nelson* |

### *Certificate of Service*

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Clayton A. Dabbs, Esq.
clay.dabbs@usdoj.gov
Robert J. Mims, Esq.
robert.mims@usdoj.gov
Kimberly Hampton, Esq.
kimberly.hampton@usdoj.gov
*Assistant United States Attorneys*

Christopher N. Bailey, Esq.
cbailey@jlpalaw.com
Jamie F. Jacks, Esq.
jjacks@jlpalaw.com
Arnold U. Luciano, Esq.
aluciano@jlpalaw.com
Gaines S. Dyer, Esq.
gsdyer@suddenlinkmail.com
John H. Daniels, III, Esq.
jhdiii@suddenlinkmail.com

J. Peirce Beach, Esq.
jpbeach@outlook.com
*Attorneys for Charline Brandon*

Edward J. Bogen, Jr., Esq.
joshbogen@aol.com
*Attorney for Wendell Brandon*

Whitman D. Mounger, Esq.
lizmounger@att.net
*Attorney for Annette Lofton*

                                              /s/ *Philip Mansour, Jr.*
                                              Philip Mansour, Jr.